AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**KEVIN PATRICK MALLORY**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:17-MJ- 288<br>)<br>)<br>)<br>) |

JUN 21 2017

**FILED UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 1, 2017 through May 31, 2017 in the county of Loudoun in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | Making materially false statements to the FBI |
| 18 U.S.C. § 794 | Gathering or delivering defense information to aid a foreign government |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA JOHN GIBBS

*Complainant's signature*

Stephen Green, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 21, 2017

City and state: Alexandria, VA

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*