## UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - GENERAL

Date: 07/28/2017                                    Court Time: 12:57PM-01:11PM (00:14)
Case No.: 1:17-CR-00154-TSE-1

DOCKET ENTRY:   Arraignment

**UNITED STATES of AMERICA v. KEVIN P. MALLORY**

PRESENT:        Honorable **T.S. ELLIS, III**, U. S. District Judge

| | | |
|---|---|---|
| | COURTROOM DEPUTY: | Margaret Pham |
| | COURT REPORTER: | Tonia Harris |
| | ASST. U.S. ATTORNEY: | John T. Gibbs |
| | | Jennifer K. Gellie |
| | | Colleen Garcia |
| | COUNSEL FOR DEFENDANT: | Todd M. Richman |
| | INTERPRETER: | N/A |

**PROCEEDINGS:**

[  ] Defendant arraigned and specifically advised of rights.

[ X ] Defendant waived reading of Indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[ X ] Speedy Trial Waived – defendant to file written waiver & parties to submit appropriate documents

MOTIONS to be filed by _____ w/ RESPONSES DUE _____ and

ARGUMENT on _____ CASE CONTINUED TO

**TUESDAYJANUARY 23, 2018 @ 10:00AM** for **JURY TRIAL (approx. 1-2 weeks)**

[  ] Agreed Discovery Order filed and entered in open court

- Hearing to set schedule for CIPA **Thursday, October 5, 2017 @ 1:00PM**

- Parties to meet, confer and submit Discovery Order by COB next week

[ X ] Defendant REMANDED to the custody of the USMS