IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| Kevin Patrick Mallory ) | Criminal. No. 1:17-cr-0154 |
| **Defendant.** ) | |

## PRAECIPE

The Clerk will please issue 15 blank subpoenas for the above-styled matter which is currently scheduled for Jury Trial before U.S. District Judge T.S. Ellis, III on 04-10-18 at 10:00 a.m.

Respectfully submitted,
Kevin Patrick Mallory
By Counsel

Counsel for the Defendant:

Geremy Kamens, Esq.
Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800
(703)600-0880-fax

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17-cr-0154 |
| Kevin Patrick Mallory | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square.<br>Alexandria, VA 22314 | Courtroom No.: | Judge T.S. Ellis III, CR 900 |
|---|---|---|---|
| | | Date and Time: | 04-10-18, at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: Feb 21, 2018

CLERK OF COURT    COPY

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Kevin Patrick Mallory

Geremy Kamens, Esq.
Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800