**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**UNITED STATES OF AMERICA,**

    v.                                    Criminal No. 1:17-cr-154 (TSE)

**KEVIN P. MALLORY,**

        **Defendant.**

## DEFENDANT'S SUPPLEMENTAL SECTION 5(a) NOTICE IN RESPONSE TO ORDER DATED FEBRUARY 5, 2018

**FILED WITH CISO ON FEBRUARY 23, 2018**.

                                                  Respectfully submitted,

                                                  KEVIN P. MALLORY

                                                  By Counsel,

                                                  By:   /s/
                                                  Geremy C. Kamens
                                                  Va. Bar # 41596
                                                  Todd M. Richman
                                                  Va. Bar # 41834
                                                 Office of the Federal Public Defender
                                                 Attorneys for Mr. Mallory
                                                 1650 King Street, Suite 500
                                                 Alexandria, Virginia  22314
                                                 (703) 600-0848 (telephone)
                                                 (703) 600-0880 (facsimile)
                                                 Geremy_Kamens@fd.org (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2018, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

John T. Gibbs, Esq.
Colleen E. Garcia, Esq.
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314

Jennifer K. Gellie, Esq.
Trial Attorney
United States Department of Justice
600 E St., NW
Washington, DC 20004

                                                                   /s/
                                               Todd M. Richman
                                               Va. Bar # 41834
                                             Geremy C. Kamens
                                             Va. Bar # 41596
                                             Office of the Federal Public Defender
                                             Attorneys for Mr. Mallory
                                             1650 King Street, Suite 500
                                             Alexandria, Virginia  22314
                                             (703) 600-0845 (telephone)
                                             (703) 600-0880 (facsimile)
                                             Todd_Richman@fd.org (email)