IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with the Classified
Information Security Officer
CISO MWAC
Date 3/1/2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:17-cr-00154 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | IN CAMERA, AND UNDER SEAL |
| | ) | |
| Defendant. | ) | |

# GOVERNMENT'S IN CAMERA, UNDER SEAL NOTICE OF OBJECTIONS CONCERNING USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION IDENTIFIED IN DEFENDANT'S CIPA SECTION 5(a) NOTICE AND IDENTIFICATION OF NATIONAL DEFENSE INFORMATION PURSUANT TO CIPA SECTION 10