**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**UNITED STATES OF AMERICA,**

    v.                                                    **Criminal No. 1:17-cr-154 (TSE)**

**KEVIN P. MALLORY,**

                  **Defendant.**

## DEFENDANT'S RESPONSE TO GOVERNMENT OBJECTIONS REGARDING USE, RELEVANCE AND ADMISSIBILITY OF CLASSIFIED EVIDENCE

**FILED WITH CISO ON MARCH 7, 2018**.

Respectfully submitted,

KEVIN P. MALLORY

By Counsel,

By:    /s/                
Geremy C. Kamens
Va. Bar # 41596
Todd M. Richman
Va. Bar # 41834
Office of the Federal Public Defender
Attorneys for Mr. Mallory
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0848 (telephone)
(703) 600-0880 (facsimile)
Geremy_Kamens@fd.org (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2018, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

John T. Gibbs, Esq.
Colleen E. Garcia, Esq.
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, Virginia 22314

Jennifer K. Gellie, Esq.
Trial Attorney
United States Department of Justice
600 E St., NW
Washington, DC 20004

                                                  /s/
                                          Todd M. Richman
                                          Va. Bar # 41834
                                          Geremy C. Kamens
                                          Va. Bar # 41596
                                          Office of the Federal Public Defender
                                          Attorneys for Mr. Mallory
                                          1650 King Street, Suite 500
                                          Alexandria, Virginia   22314
                                          (703) 600-0845 (telephone)
                                          (703) 600-0880 (facsimile)
                                          Todd_Richman@fd.org (email)