IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-CR-00154 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The government respectfully submits its proposed voir dire questions to be propounded to potential members of the jury in addition to the standard voir dire questions of the Court:

1) Have you ever applied for, but been unable to obtain, a security clearance?

2) Have you ever had a security clearance that was revoked for any reason?

                            Respectfully submitted,

                            Tracy Doherty-McCormick
                            Acting United States Attorney

By:    /s/ John T. Gibbs
           JOHN T. GIBBS
           Virginia Bar No. 40380
           Assistant United States Attorney
           United States Attorney's Office
           2100 Jamieson Avenue
           Alexandria, Virginia 22314
           Phone: 703-299-3700
           Fax: 703-299-3981

           JENNIFER KENNEDY GELLIE
           Trial Attorney
           National Security Division
           United States Department of Justice
           600 E Street N.W. (10th Floor)

Washington, D.C. 20004
Tel.: (202) 233-0785
Fax: (202) 233-2146
Jennifer.Gellie@usdoj.gov

COLLEEN E. GARCIA
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA
Tel.: (703) 299-3700
Fax: (703) 299-3980
Colleen.E.Garcia@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have caused an electronic copy of the *GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS* to be served via ECF upon counsel for Defendant Kevin Patrick Mallory.

By: _____/s/_____
John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981