

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-CR-154 |
| v. ) | |
| ) | The Honorable T.S. Ellis, III |
| KEVIN PATRICK MALLORY, ) | |
| ) | |
| Defendant. ) | |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 1:00 o'clock p.m., on the 15th day of May, 2018, then and there to testify on behalf of the United States:

_____10 Blank Subpoenas_____

This 3rd day of April, 2018.

Respectfully submitted,

Tracey Doherty-McCormick
Acting United States Attorney

By: _____
John T. Gibbs
Colleen E. Garcia
Jennifer Kennedy Gellie
Attorneys for the United States

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2018 APR -3 P 12: 58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:17-CR-154 |
| KEVIN PATRICK MALLORY | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: | 900 - Honorable T.S. Ellis, III |
| --- | --- | --- | --- |
| | | Date and Time: | May 15, 2018 - 1:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

John T. Gibbs
Colleen E. Garcia  CEG
Jennifer Kennedy Gellie
Attorneys for the United States
2100 Jamieson Avenue, Alexandria, VA 22314
John.Gibbs@usdoj.gov
Colleen.E.Garcia@usdoj.gov
Jennifer.Gellie@usdoj.gov
(703) 299-3700

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. _____

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: