IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:17-cr-154 |
| | ) | |
| KEVIN PATRICK MALLORY | ) | Hon. T. S. Ellis, III |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Order**

On Motion of the United States, and for good cause shown, it is hereby

ORDERED that the Government's Motion is GRANTED; it is further

ORDERED that the Indictment in this case may be amended by replacing "Section 1001(a)(1)"

at the end of Count Four of the indictment with "Section 1001(a)(2)."

So ordered this _____ day of April, 2018.

_____
Honorable T.S. Ellis, III
United States District Judge

Alexandria, Virginia

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of April 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                                        _____/s/_____
                                        John T. Gibbs
                                        Virginia Bar Number 40380
                                        Assistant U.S. Attorney
                                        Office of the United States Attorney
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        (703) 299-3700
                                        (703) 299-3981 (fax)
                                        Email: john.gibbs@usdoj.gov