UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:17-cr-154 |
| | ) | |
| v. | ) | **IN CAMERA, EX PARTE** |
| | ) | AND UNDER SEAL |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | FILED WITH CLASSIFIED |
| Defendant. | ) | INFORMATION SECURITY OFFICER: |
| | | 4/6/2018 |

**ORDER**