IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:17 cr 154 (TSE) |
| v. | ) | |
| | ) | |
| KEVIN PATRICK MALLORY | ) | |

Government's List of Exhibits

| # | # | Exhibit | Bates No. |
|---|---|---|---|
| 1 | 1 | 09/04/2007 Sensitive Compartmented Information Nondisclosure Statement signed by Kevin Mallory (2 pages) | US-00001295-1296. |
| 1 | 2 | SF 86 for Kevin Mallory dated 06/23/2004. | US 00001483-1499. |
| 1 | 3 | SF 86 for Kevin Mallory dated 10/03/2005 | US 00001500-1520. |
| 1 | 4 | Personal Attestation of Kevin P. Mallory | |
| 1 | 5 | 09/04/2007 Sensitive Compartmented Information Indoctrination Memorandum signed by Kevin Mallory (3 pages) | US-00001294. |
| 1 | 6 | 09/04/2007 Sensitive Compartmented Information Nondisclosure Statement signed by Kevin Mallory (2 pages) | US-00001297-98 |

1

| 1 | 7 | Sensitive Compartmented Information Indoctrination Memorandum for Kevin Mallory dated 02/05/2008 | US-00001522. |
|---|---|---|---|
| 1 | 8 | DIA Notice of Access Suspension dated 07/13/2009 signed by Kevin Mallory on 07/14/2009 | US-00001552. |
| 1 | 10 | Sensitive Compartmented Information Debriefing Memorandum signed by Kevin Mallory and dated 07/14/2009 | US-00001553 |
| 1 | 11 | DIA Notification of Access/Clearance Suspension dated 08/04/2010 | US-00001554 |
| 1 | 12 | Kevin Mallory response to proposed termination during trial period dated 08/02/2009 | US-0000264-280 |
| 1 | 13 | 04/27/2011 Resignation Letter to DIA signed by Kevin Mallory | US-00001555 |
| 1 | 14 | DIA Intent to Revoke Eligibility for Access to Sensitive Compartmented Information (5 pages) | US-00001557-1561. |
| 1 | 15 | DIA Summary | |
| 1 | 15A | DIA Office of Inspector General Report of Investigation | |
| 1 | 15B | Mallory Security Adjudication 01/10/2011 | Class US 178-180 |
| 1 | 16 | Kevin Mallory OIG Affidavit | |
| 1 | 17 | DIA Briefing E-mail dated March 5, 2009 | Class US-000501-504 |
| 1 | 17A | Classified Powerpoint attached to March 5, 2009 DIA Briefing Email | |
| 2 | 1 | Text message exchanges between | US-00006165-6174 |

2

| | | Kevin Mallory and John Doe | |
|---|---|---|---|
| 2 | 2 | John Doe's emails to the security office. | US-00031117 |
| 2 | 3 | SCI NDA Dated 2/28/90 | |
| 2 | 4 | Secrecy Agreement Dated 2/28/90 | |
| 2 | 5 | Security Regulations Certification Dates 2/28/90 | |
| 2 | 6 | SCI NDA Dated 10/26/94 | |
| 2 | 7 | SCI NDA Dated 10/26/94 | |
| 2 | 8 | SCI NDA for Debrief Dated 9/4/96 | |
| 2 | 9 | Security Reminder Dated 9/4/96 | |
| 2 | 10 | Exit Interview Report 4 September 1996 | |
| 2 | 11 | SCI DNA Briefing Dated 12/3/2010 | |
| 2 | 12 | Secrecy Agreement Dated 12/3/2010 | |
| 2 | 13 | Secrecy Agreement Dated 12/14/2010 | |
| 2 | 14 | SCI DNA Briefing Dated 12/14/2010 | |
| 2 | 15 | SCI DNA Briefing Dated 12/15/2010 | |
| 2 | 16 | SCI DNA Debriefing Dated 10/11/2011 | |
| 2 | 17 | SCI DNA Debriefing Dated 10/11/2010 | |
| 3 | 1 | Myers Yang Linkedin Profile | US-00002441-2 |
| 3 | 2 | Kevin Mallory Linkedin Profile | US-00001233 |
| 3 | 2A | 02/28/2017 LinkedIn Messages from Mallory to Richard Yang | |
| 3 | 3 | E-mail from Mallory with subject Potential Opportunity and dated 2/9/2017 referencing contact by PRC1 | US-00006330 |
| 3 | 4 | 02/23/2017 email from | US-00003885. |

| | | | |
|---|---|---|---|
| | | michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Follow-up from Michael." | |
| 3 | 5 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: Travel Details | US-00006333 |
| 3 | 6 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: Schedule Confirmed." (2 pages) | US-00002732 |
| 3 | 7 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: PP info."(3 pages) | US-00002757 |
| 3 | 8 | 02/23/2017 Email from Kevin Mallory at doudz@aol.com to michael.yangkai@gmail.com "Subject: Re: Coordination – telephone meeting" | US-00006331 |
| 3 | 9 | Notes taken on yellow paper located in Mallory's residence. | US-00005916 |
| 3 | 10 | 02/25/2017 email from United Airlines to michael.yangkai@gmail.com "Subject: Your United Reservation to Shanghai, CN (PVG-Pu Dong) is processing." (4 pages). | US-00002760-63 |
| 3 | 11 | 02/25/2017 email from United Airlines to michael.yangkai@gmail.com "Subject: eTicket Itinerary and | US-00002764-68 |

| | | | |
|---|---|---|---|
| | | Receipt for Confirmation JKMDCO." (5 pages). | |
| 3 | 12 | 02/25/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: flight info."(1 page) | US-00002773 |
| 3 | 13 | 03/07/2017 Messages between Kevin Mallory at 2539700310@mms.att.net to michael.yangkai@gmail.com | US-00002787 – 2795. |
| 3 | 14 | 03/08/2017 Email from shanghaiiapm@apple.com to michael.yangkai@gmail.com regarding Apple phone purchase | US-00002796-98 |
| 3 | 14A | iPhone 7 photograph | US-00000712-713 |
| 3 | 14B | iPhone 7 box | US-00000714 |
| 3 | 15 | 03/08/2017 Messages between Kevin Mallory at 2539700310@mms.att.net to michael.yangkai@gmail.com | US-00002800 - 2812 |
| 3 | 16 | AT&T Subscriber Information for Telephone number (253) 970-0310 in the name of Kevin Mallory | US-00004115 |
| 3 | 16-1 | Text to email sent from Kevin Mallory's phone 2539700310 to his Apple email account doudzme@icloud.com with attachment "text_0.txt." | |
| 3 | 16-1A | Website linked in email attachment from GX 3-16-1 | |
| 3 | 17 | 03/10/2017 email from michael.yangkai@gmail.com to Kevin Mallory at | US-00002824. |

| | | | |
|---|---|---|---|
| | | 2539700310@mms.att.net, "Subject: Re:" | |
| 3 | 18 | 03/13/2017 Email at 2:24 AM from Kevin Mallory at doudzme@icloud.net to michael.yangkai@gmail.com, "Subject: Examples." | US-00002825-34 |
| 3 | 19 | Subscriber information for account ky_0407@hotmail.com with a creation date of 03/15/2017 | |
| 3 | 20 | 5/15/2017 Email at 10:40 PM from Kevin Mallory at doudz@aol.com to ky_0407@hotmail.com | US-00006327. |
| 3 | 21 | 05/26/2017 email to Michael Yang about an upcoming trip to China. | US-00004068. |
| 3 | 22 | 05/26/2017 email from Kevin Mallory to Yang Kai Subject: Re: Skype | |
| 3 | 24A | "Test" email from doudzme@icloud.com to ky_0407@hotmail.com dated 03/30/2017 | |
| 3 | 24B | "Pls confirm receipt" email from doudzme@icloud.com to KY_0407@hotmail.com dated 04/12/2017 | |
| 3 | 25 | Kevin Mallory iCloud search history | |
| 4 | 1 | Marriott Rewards Statement for Kevin Mallory showing a stay at the Shanghai JW Marriott from 03/11/2017 through 03/15/2017. | US-00006187-89. |
| 4 | 2 | Airline Ticket from United Airlines | |

| | | | |
|---|---|---|---|
| | | for Travel to Shanghai, China in March 2017. | |
| 4 | 3 | Airline Ticket from United Airlines for Travel to Shanghai, China in April 2017. | |
| 4 | 4 | Amazon subpoena return for Yang Chengjie. | US-00031507 |
| 4 | 5 | Mallory's Passport. | US-00005519-22 |
| 4 | 6 | Email in Mandarin with an attached Photograph of Michael Yang | US-00006359-6361 |
| 5 | 1 | Customs Declaration CBP Form 6059B | US-00001473-1474 |
| 5 | 2 | FinCEN Form 105, Report of International Transportation of Currency or Monetary Instruments Signed by Mallory on 04/21/2017 | US-00001472 |
| 5 | 3 | Photograph of Michael Yang Business Card from CBP Search | 1470-1471 |
| 6 | 2 | Photo of exterior of Fed Ex store. | US-00001259 |
| 6 | 3 | Photo of Image Press C700 | US-00001267 – 1268 |
| 6 | 3A | Photo of Image Press C700 (Closeup) | US-00001268 |
| 6 | 4 | FedEx transaction records for 04/25/2017 | US-00004087-4089 |
| 6 | 5 | March 2017 Fed Ex Records for three documents scanned at Fed Ex. | US-00009505-9507 |
| 6 | 6 | Fed Ex Clip 1 from 15:13:47-15:15:03 | |
| 6 | 7 | Fed Ex Clip 1 from 15:18:00-15:18:08 | |
| 6 | 8 | Fed Ex Clip 1 from 15:56:55-15:57:56 | |

7

| 6 | 9 | Fed Ex Clip 1 from 15:59:07-16:02:02 | |
|---|---|---|---|
| 6 | 10 | Fed Ex Clip 1 from 16:06:28-16:07:15 | |
| 6 | 11 | Fed Ex Clip 1 16:19:57 | |
| 6 | 12 | Fed Ex Clip 1 from 16:26:19-16:26:27 | |
| 7 | 1 | Clip 1 from 05/12/2017 Interview with CIA | |
| 7 | 1T | Transcript of Clip 1 from 05/12/2017 Interview with CIA | |
| 7 | 2 | Clip 2 from 05/12/2017 Interview with CIA | |
| 7 | 2T | Transcript of Clip 2 from 05/12/2017 Interview with CIA | |
| 7 | 3 | Clip 3 from 05/12/2017 Interview with CIA | |
| 7 | 3T | Transcript of Clip 3 from 05/12/2017 Interview with CIA | |
| 7 | 4 | Clip 4 from 05/12/2017 Interview with CIA | |
| 7 | 4T | Transcript of Clip 4 from 05/12/2017 Interview with CIA | |
| 7 | 5 | Clip51 from 05/12/2017 Interview with CIA | |
| 7 | 5T | Transcript of Clip 5 from 05/12/2017 Interview with CIA | |
| 7 | 6 | Clip 6 from 05/12/2017 Interview with CIA | |
| 7 | 6T | Transcript of Clip 6 from 05/12/2017 Interview with CIA | |
| 7 | 7 | Clip 7 from 05/12/2017 Interview with CIA | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| 7 | 7T | Transcript of Clip 7 from 05/12/2017 Interview with CIA | |
| 7 | 8 | Clip 8 from 05/12/2017 Interview with CIA | |
| 7 | 8T | Transcript of Clip 8 from 05/12/2017 Interview with CIA | |
| 7 | 9 | Clip 9 from 05/12/2017 Interview with CIA | |
| 7 | 9T | Transcript of Clip 9 from 05/12/2017 Interview with CIA | |
| 7 | 10 | Clip 10 from 05/12/2017 Interview with CIA | |
| 7 | 10T | Transcript of Clip 10 from 05/12/2017 Interview with CIA | |
| 7 | 11 | Clip 11 from 05/12/2017 Interview with CIA | |
| 7 | 11T | Transcript of Clip 11 from 05/12/2017 Interview with CIA | |
| 7 | 12 | Clip 12 from 05/12/2017 Interview with CIA | |
| 7 | 12T | Transcript of Clip 12 from 05/12/2017 Interview with CIA | |
| 7 | 13 | Clip 13 from 05/12/2017 Interview with CIA | |
| 7 | 13T | Transcript of Clip 13 from 05/12/2017 Interview with CIA | |
| 7 | 14 | Clip 14 from 05/12/2017 Interview with CIA | |
| 7 | 14T | Transcript of Clip 14 from 05/12/2017 Interview with CIA | |
| 7 | 15 | Clip 15 from 05/12/2017 Interview with CIA | |
| 7 | 15T | Transcript of Clip 15 from | |

9

| | | | |
|---|---|---|---|
| | | 05/12/2017 Interview with CIA | |
| 7 | 16 | Clip 16 from 05/12/2017 Interview with CIA | |
| 7 | 16T | Transcript of Clip 16 from 05/12/2017 Interview with CIA | |
| 7 | 17 | Clip 17 from 05/12/2017 Interview with CIA | |
| 7 | 17T | Transcript of Clip 17 from 05/12/2017 Interview with CIA | |
| 7 | 18 | Clip 18 from 05/12/2017 Interview with CIA | |
| 7 | 18T | Transcript of Clip 18 from 05/12/2017 Interview with CIA | |
| 7 | 19 | Clip 19 from 05/12/2017 Interview with CIA | |
| 7 | 19T | Transcript of Clip 19 from 05/12/2017 Interview with CIA | |
| 7 | 20 | Clip 20 from 05/12/2017 Interview with CIA | |
| 7 | 20T | Transcript of Clip 20 from 05/12/2017 Interview with CIA | |
| 7 | 21 | Clip 21 from 05/12/2017 Interview with CIA | |
| 7 | 21T | Transcript of Clip 21 from 05/12/2017 Interview with CIA | |
| 7 | 22 | Clip 22 from 05/12/2017 Interview with CIA | |
| 7 | 22T | Transcript of Clip 22 from 05/12/2017 Interview with CIA | |
| 7 | 23 | Clip 23 from 05/12/2017 Interview with CIA | |
| 7 | 23T | Transcript of Clip 23 from 05/12/2017 Interview with CIA | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| 7 | 30 | Clip 30 from 05/12/2017 Interview with CIA | |
| 7 | 30T | Transcript of Clip 30 from 05/12/2017 Interview with CIA | |
| 7 | 31 | Clip 31 from 05/12/2017 Interview with CIA | |
| 7 | 31T | Transcript of Clip 31 from 05/12/2017 Interview with CIA | |
| 7 | 32 | Clip 32 from 05/12/2017 Interview with CIA | |
| 7 | 32T | Transcript of Clip 32 from 05/12/2017 Interview with CIA | |
| 7 | 34 | Clip 34 from 05/12/2017 Interview with CIA | |
| 7 | 34T | Transcript of Clip 34 from 05/12/2017 Interview with CIA | |
| 7 | 35 | Clip 35 from 05/12/2017 Interview with CIA | |
| 7 | 35T | Transcript of Clip 35 from 05/12/2017 Interview with CIA | |
| 7 | 36 | Clip 36 from 05/12/2017 Interview with CIA | |
| 7 | 36T | Transcript of Clip 36 from 05/12/2017 Interview with CIA | |
| 7 | 37 | Clip 37 from 05/12/2017 Interview with CIA | |
| 7 | 37T | Transcript of Clip 37 from 05/12/2017 Interview with CIA | |
| 7 | 38 | Clip 38 from 05/12/2017 Interview with CIA | |
| 7 | 38T | Transcript of Clip 38 from 05/12/2017 Interview with CIA | |
| 7 | 39 | Clip 39 from 05/12/2017 Interview | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| | | with CIA | |
| 7 | 39T | Transcript of Clip 39 from 05/12/2017 Interview with CIA | |
| 7 | 40 | Clip 40 from 05/12/2017 Interview with CIA | |
| 7 | 40T | Transcript of Clip 40 from 05/12/2017 Interview with CIA | |
| 7 | 41 | Clip 41 from 05/12/2017 Interview with CIA | |
| 7 | 41T | Transcript of Clip 41 from 05/12/2017 Interview with CIA | |
| 7 | 42 | Clip 42 from 05/12/2017 Interview with CIA | |
| 7 | 42T | Transcript of Clip 42 from 05/12/2017 Interview with CIA | |
| 7 | 43 | Clip 43 from 05/12/2017 Interview with CIA | |
| 7 | 43T | Transcript of Clip 43 from 05/12/2017 Interview with CIA | |
| 7 | 44 | Clip 44 from 05/12/2017 Interview with CIA | |
| 7 | 44T | Transcript of Clip 44 from 05/12/2017 Interview with CIA | |
| 7 | 45 | Clip 45 from 05/12/2017 Interview with CIA | |
| 7 | 45T | Transcript of Clip 45 from 05/12/2017 Interview with CIA | |
| 8 | 1 | Samsung Phone | US-00006149 |
| 8 | 1A | Consent Form for Search of Samsung Phone dated 05/24/2017 | US -00001237. |
| 8 | 1B | 2 Photographs of back of Samsung Phone on 05/24/2017 | US-00006143, 00006150. |
| 8 | 1C | Image showing rooting software | US-00006139 |

12

| | | | |
|---|---|---|---|
| | | from Samsung Phone | |
| 8 | 1D | Folder Structure for Samsung Phone | US-00006145 |
| 8 | 1E | Thumbnails from SDIR folder on Samsung Phone | US-00006152 |
| 8 | 1F | IMEI information from Samsung Phone | US-00006159 |
| 8 | 2 | Screen shot photographed on 05/24/2017 of Mi Young page. | US-00006161 |
| 8 | 3 | Screen shot photographed on 05/24/2017 | US-00006146 |
| 8 | 4 | Screen shot photographed on 05/24/2017 | US-00006147 |
| 8 | 5 | Screen shot photographed on 05/24/2017 | US-00006148 |
| 8 | 6 | Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00001562-5. |
| 8 | 6E | Encrypted version of Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00031488-00031503 |
| 8 | 6U | Unencrypted version of Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00032164-00032170 |
| 8 | 6C | Unencrypted text from clipboard | US-00032096 |
| 8 | 7 | Hand-written Index from Samsung Phone (Classified) | US-00001300. |
| 8 | 8 | Eight hand-written cover pages from Samsung Phone  (Classified) | |
| 8 | 9 | Portion of document Two from | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| | | Samsung Phone cache directory (Classified) | |
| 8 | 10 | Document Four from Samsung Phone cache directory (Classified) | |
| 8 | 11 | Document Seven from Samsung Phone cache directory (Classified) | |
| 8 | 12 | Document Eight from Samsung Phone cache directory (Classified) | |
| 8 | 17 | Photograph of Kevin Mallory's notes on how to use the Cov Com device that he brought to the 05/24/2017 interview | US-00006131 |
| 8 | 18 | WeChat Id. Chart | US-00031477 |
| 8 | 19 | WeChat username Chart | US-00031487 |
| 8 | 21 | X-Log file for Samsung Phone | US-00032149 -32159 |
| 8 | 22 | Photograph of mountains | |
| 8 | 23 | Chart 3 – SDIR micro messages | US-00031476 |
| 8 | 24 | Encryption demonstration from Samsung Phone | US-00031478 |
| 8 | 25 | Screenshots of Transmission Steps from Samsung Phone | |
| 8 | 26 | Kingsoft file structure | |
| 8 | 27 | Samsung media folders | |
| 9 | 1 | Photograph of exterior of Mallory house. | US-00000336 |
| 9 | 2 | Photograph of front door with address visible for Mallory house. | US-0000349 |
| 9 | 3 | Toshiba Micro SD card | |
| 9 | 3A | Photograph of Toshiba Micro SD card wrapped in foil | US-00001071. |
| 9 | 3A-1 | Second photograph of Toshiba Micro SD card wrapped in foil | US-00001070 |

| 9 | 3A-2 | Photograph of white tray in closet where Micro SD card was found | |
|---|---|---|---|
| 9 | 3C | Screen capture of evidence review software showing files on Toshiba Micro SD card "New Dir" folder. | |
| 9 | 3D | Toshiba Micro SD Card root directory | |
| 9 | 3E | Handwritten table of contents from Toshiba Micro SD card (Classified) | |
| 9 | 3E1 | Document One from Toshiba Micro SD Card (Classified) | |
| 9 | 3E2 | Document Two from Toshiba Micro SD Card (Classified) | |
| 9 | 3E3 | Document Three from Toshiba Micro SD Card (Classified) | |
| 9 | 3E4 | Document Four from Toshiba Micro SD Card (Classified) | |
| 9 | 3E5 | Document Five from Toshiba Micro SD Card (Classified) | |
| 9 | 3E6 | Document Six from Toshiba Micro SD Card (Classified) | |
| 9 | 3E7 | Document Seven from Toshiba Micro SD Card (Classified) | |
| 9 | 3E8 | Document Eight from Toshiba Micro SD Card (Classified) | |
| 9 | 4 | Photograph of Various Disguises and Adhesives | US-00001056. |
| 9 | 5 | Close-up Photograph of Adhesives | US-00001057. |
| 9 | 6 | Evidence Log from Search of House dated 06/22/2017 | US-00001189-94. |
| 9 | 7 | IPhone 5 seized from Mallory possession on June 22, 2017 | |
| 9 | 7A | Photograph of the Yang Kai business | US-00031100-31101 |

| | | | |
|---|---|---|---|
| | | card, front and back, dated March 12, 2017. | |
| 9 | 7B | Google map showing coordinates for Photograph of Yang Kai business card. | US-00031103   . |
| 9 | 7C | Photograph of Richard Yang business card at Darren & Associates dated April 20, 2017 | US-00031102 |
| 9 | 7D | Map of Mallory's hotel room in Shanghai. | US-00031103 |
| 9 | 7E | Calendar entry for flight from Dulles to Shanghai for Kevin and Jeremiah Mallory on 04/14/2017 | US-00031097 |
| 9 | 7F | Calendar entry for flight from Shanghai to Dulles for Kevin and Jeremiah Mallory on 04/21/2017 | US-00031098 |
| 9 | 7G | Calendar entry for Shanghai Marriott Hotel Parkview from 04/15/2017 – 04/21/2017 | US-00031099 |
| 9 | 7H | Mallory iPhone contact for Michael Yang created on 03/10/2017 with Michael.Yangkai gmail account | US-00031415. |
| 9 | 7I | Mallory iPhone contact for Michael Yang (created on 03/30/2017with a KY_0407@hotmail.com account). | US-00031416. |
| 9 | 7J | Mallory iPhone contact for Richard Yang (created on 04/18/2017 with Darren Associates) | US-00031418. |
| 9 | 7K | Mallory iPhone search history for "thaad missile system capability" on 05/4/2017. | US-00031428. |
| 9 | 7L | Mallory iPhone search history for "how to fully empty trash can on | US-00031429. |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| | | ios." | |
| 9 | 8 | Kingston SD card seized in the search of Mallory's house. | |
| 9 | 8A | Metadata from Kingston SD Card | US-00031104-31112 |
| 9 | 8B | Screen capture of evidence review software showing files on Kingston Micro SD card. | |
| 9 | 9 | Metadata from Toshiba SD Card | |
| 9 | 10 | MacBook Pro Computer | |
| 9 | 11 | Logfiles from MacBook Pro Computer | |
| 9 | 15 | Photos of Samsung phone from house | US-00001060-1061 |
| 10 | 1 | Bank of America home loan documents. | US-00004335-4345. |
| 10 | 2 | 07/02/2017 USAA Account Summary for Kevin Mallory Visa card ending in 5655 | US-00005540-43. |
| 10 | 3 | 07/08/2017 USAA Account Summary for Kevin Mallory Visa card ending in 0013 | US-00005544. |
| 10 | 4 | 01/22/2017 PNC Bank Home equity line of credit | US-00005547. |
| 10 | 5 | 03/09/2017 Account Statement for My Best Buy Credit Card for Kevin Mallory | US-00004421. |
| 10 | 6 | SDFCU Checking Account deposit on 03/20/2017 for $8,950. | US-00002508 |
| 10 | 7 | SDFCU Checking Account deposit on 04/24/2017 for $16,400. | US-00002489. |
| 10 | 8 | 04/07/2017 USAA Account Summary for Kevin Mallory Visa | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| | | card ending in 5655 | |
| 11 | 1 | Alexandria Jail Certification | |
| 11 | 2 | June 24, 2017 recorded jail call between Kevin Mallory and family members | |
| 11 | 2T | English Transcript of June 24, 2017 recorded jail call between Kevin Mallory and family members | |
| 12 | 1 | Google account information for michael.yangkai@gmail.com | US-00031420. |
| 13 | 1 | Clip 1 from May 24th FBI Interview, Disc 3, 3:13:46-3:13:57 | |
| 13 | 1T | Transcript of Clip 1 from May 24th FBI Interview | |
| 13 | 2 | Clip 2 from May 24th FBI Interview, Disc 3, 3:20:20-3:20:39 | |
| 13 | 2T | Transcript of Clip 2 from May 24th FBI Interview | |
| 13 | 3 | Clip 3 from May 24th FBI Interview, Disc 1, 42:37-43:11 | |
| 13 | 3T | Transcript of Clip 3 from May 24th FBI Interview | |
| 13 | 4 | Clip 4 from May 24th FBI Interview, Disc 1, 46:53-47:37 | |
| 13 | 4T | Transcript of Clip 4 from May 24th FBI Interview | |
| 13 | 5 | Clip 5 from May 24th FBI Interview, Disc 1, 1:43:55-1:44:13 | |
| 13 | 5T | Transcript of Clip 5 from May 24th FBI Interview | |
| 13 | 6 | Clip 6 from May 24th FBI Interview, Disc 1, 49:56-51:17 | |
| 13 | 6T | Transcript of Clip 6 from May 24th | |

18

| | | | |
|---|---|---|---|
| | | FBI Interview | |
| 13 | 7 | Clip 7 from May 24th FBI Interview, Disc 1, 51:52 – 51:59 | |
| 13 | 7T | Transcript of Clip  7 from May 24th FBI Interview | |
| 13 | 8 | Clip 8 from May 24th FBI Interview, Disc 1, 1:31:37-1:32:11 | |
| 13 | 8T | Transcript of Clip 8  from May 24th FBI Interview | |
| 13 | 9 | Clip 9 from May 24th FBI Interview, Disc 1, 1:24:07-1:25:22 | |
| 13 | 9T | Transcript of Clip 9  from May 24th FBI Interview | |
| 13 | 10 | Clip 10 from May 24th FBI Interview, Disc 1, 1:16:59-1:18:08 | |
| 13 | 10T | Transcript of Clip 10  from May 24th FBI Interview | |
| 13 | 11 | Clip 11 from May 24th FBI Interview, Disc 1, 2:50:31-2:50:56 | |
| 13 | 11T | Transcript of Clip 11  from May 24th FBI Interview | |
| 13 | 12 | Clip 12 from May 24th FBI Interview, Disc 1, 1:38:01-1:38:23 | |
| 13 | 12T | Transcript of Clip 12  from May 24th FBI Interview | |
| 13 | 13 | Clip 13 from May 24th FBI Interview, Disc 1, 17:38-18:57 | |
| 13 | 13T | Transcript of Clip 13  from May 24th FBI Interview | |
| 13 | 14 | Clip 14 from May 24th FBI Interview, Disc 1, 28:33-30:22 | |
| 13 | 14T | Transcript of Clip 14 from May 24th FBI Interview | |

| 13 | 15 | Clip 15 from May 24th FBI Interview, Disc 1, 32:38-32:57 | |
|----|-----|---|---|
| 13 | 15T | Transcript of Clip 15 from May 24th FBI Interview | |
| 13 | 16 | Clip 16 from May 24th FBI Interview, Disc 1, 1:53:48-1:54:27 | |
| 13 | 16T | Transcript of Clip 16 from May 24th FBI Interview | |
| 13 | 17 | Clip 17 from May 24th FBI Interview, Disc 1, 38:45-39:01 | |
| 13 | 17T | Transcript of Clip 17 from May 24th FBI Interview | |
| 13 | 18 | Clip 18 from May 24th FBI Interview, Disc 1, 2:07:44-2:08:21 | |
| 13 | 18T | Transcript of Clip 18 from May 24th FBI Interview | |
| 13 | 19 | Clip 19 from May 24th FBI Interview, Disc 1, 1:09:04-1:09:49 | |
| 13 | 19T | Transcript of Clip 19 from May 24th FBI Interview | |
| 13 | 20 | Clip 20 from May 24th FBI Interview, Disc 1, 2:25:42-2:26:28 | |
| 13 | 20T | Transcript of Clip 20 from May 24th FBI Interview | |
| 13 | 21 | Clip 21 from May 24th FBI Interview, Disc 1, 2:18:22-2:19:18 | |
| 13 | 21T | Transcript of Clip 21 from May 24th FBI Interview | |
| 13 | 22 | Clip 22 from May 24th FBI Interview, Disc 1, 2:19:36-2:19:56 | |
| 13 | 22T | Transcript of Clip 22 from May 24th FBI Interview | |
| 13 | 23 | Clip 23 from May 24th FBI | |

5/22/2018 5:03 PM

| | | | |
|---|---|---|---|
| | | Interview, Disc 2, 2:46:57-2:50:15 | |
| 13 | 23T | Transcript of Clip 23 from May 24th FBI Interview | |
| 13 | 24 | Clip 24 from May 24th FBI Interview, Disc 2, 2:54:13-2:54:41 | |
| 13 | 24T | Transcript of Clip 24 from May 24th FBI Interview | |
| 13 | 25 | Clip 25 from May 24th FBI Interview, Disc 1, 1:40:00-1:40:28 | |
| 13 | 25T | Transcript of Clip 25 from May 24th FBI Interview | |
| 13 | 26 | Clip 26 from May 24th FBI Interview, Disc 1, 2:32:47-2:33:28 | |
| 13 | 26T | Transcript of Clip 26 from May 24th FBI Interview | |
| 13 | 27 | Clip 27 from May 24th FBI Interview, Disc 1, 1:40:22-1:40:49 | |
| 13 | 27T | Transcript of Clip 27 from May 24th FBI Interview | |
| 13 | 28 | Clip 28 from May 24th FBI Interview, Disc 1, 2:19:57-2:23:47 | |
| 13 | 28T | Transcript of Clip 28 from May 24th FBI Interview | |
| 13 | 29 | Clip 29 from May 24th FBI Interview, Disc 1, 2:26:29-2:32:47 | |
| 13 | 29T | Transcript of Clip 29 from May 24th FBI Interview | |
| 13 | 30 | Clip 30 from May 24th FBI Interview, Disc 1, 2:12:20-2:13:07 | |
| 13 | 30T | Transcript of Clip 30 from May 24th FBI Interview | |
| 13 | 31 | Clip 31 from May 24th FBI Interview, Disc 1, 2:33:28-2:36:21 | |

5/22/2018 5:03 PM

| 13 | 31T | Transcript of Clip 31 from May 24th FBI Interview | |
|----|-----|---|---|
| 13 | 32 | Clip 32 from May 24th FBI Interview, Disc 1, 2:23:47-2:25:40 | |
| 13 | 32T | Transcript of Clip 32 from May 24th FBI Interview | |
| 13 | 33 | Clip 33 from May 24th FBI Interview, Disc 1, 2:43:33-2:46:57 | |
| 13 | 33T | Transcript of Clip 33 from May 24th FBI Interview | |
| 13 | 34 | Clip 34 from May 24th FBI Interview, Disc 1, 2:36:35-2:36:57 | |
| 13 | 34T | Transcript of Clip 34 from May 24th FBI Interview | |
| 13 | 35 | Clip 35 from May 24th FBI Interview, 2:38:22-2:39:00 | |
| 13 | 35T | Transcript of Clip 35 from May 24th FBI Interview | |
| 13 | 36 | Clip 36 from May 24th FBI Interview, 2:39:12-2:39:50 | |
| 13 | 36T | Transcript of Clip 36 from May 24th FBI Interview | |
| 13 | 37 | Clip 37 from May 24th FBI Interview, 1:48:28-1:48:50 | |
| 13 | 37T | Transcript of Clip 37 from May 24th FBI Interview | |
| 14 | 1 | Sample Chinese Think Tank Business Cards | |
| 14 | 2 | Executive Order 13526 | |

5/22/2018 5:03 PM