IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

UNITED STATES OF AMERICA,                )        Criminal No. 1:17-cr-154
                                         )
                                         )
            v.                           )
                                         )
                                         )
Kevin Patrick Mallory                    )
_____          )

FILED 2018 MAY 22 P 4:19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) __1-1__ - __14-2__ were received on __05/22/2018__.

_____
Signature of person receiving exhibits

------------------------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits