## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 1)

| | | |
|---|---|---|
| Date: 05/29/2018 | Case No: 1:17-CR-00154-TSE-1 | Time: 01:22PM-01:35PM (00:13) |
| | | 01:47PM-05:37PM (03:50) |
| Before the Honorable: T.S. ELLIS, III | | 05:51PM-06:20PM (00:29) |
| Court Reporter: Tonia Harris | | (04:32) |
| Courtroom Deputy: Margaret Pham | | |

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | John T. Gibbs |
| | Colleen E. Garcia |
| | Jennifer K. Gellie |
| v. | |
| | Geremy C. Kamens |
| **KEVIN PATRICK MALLORY** | Todd M. Richman |

This matter came on for Day 1 of trial by jury.   John T. Gibbs, Colleen E. Garcia, and Jennifer K. Gellie present on behalf of government, with Special Agent Steve Green (FBI) and Fabian Vera (intel specialist) present at counsel table.   Defendant present w/ counsel Geremy C. Kamens, Todd M. Richman, and Joseph Boyd (paralegal specialist) present at counsel table.

Jury appeared as summoned, Voir Dire held, jury sworn and empaneled (Jurors #59, #4, #72, #21, #71, #30, #56, #31, #28, #32, # 9, #33, #20A, #17A, #51A, #54A).   Selected juror list provided to the Clerk's Office jury clerk.

- Juror #21 released/excused and Juror#20 substituted as Alternate #1
- Defendant's Motion to Exclude Expert Testimony -   Overruled and denied in part as moot
- 404b matter to be heard tomorrow
- Government Exhibit 1-11 handed up for the Court's review

Rule Invoked on Witnesses [   ]            Opening Statements Made by Both Parties [   ]

Government adduced evidence [   ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]     Closing Arguments [   ]

Jury Charged [   ]       Jury Retired to Deliberate at _____   [   ]

Jury Verdict Filed in Open Court [   ]  Jurors Individually Polled   [   ]

Jurors excused at 05:27PM and Case Continued To: **WEDNESDAY, MAY 30, 2018 @ 09:00AM**

**DEFENDANT:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release    [   ] In Custody