# CRIMINAL JURY TRIAL PROCEEDINGS (DAY 2)

Date: 05/30/2018        Case No:  1:17-CR-00154-TSE-1        Time: 08:56AM-09:10AM (00:14)
                                                                   09:19AM-10:32AM (01:13)
Before the Honorable: T.S. ELLIS, III                              10:54AM-12:32PM (01:38)
                                                                   01:37PM-02:25PM (00:48)
                                                                   02:33PM-03:47PM (01:14)
                                                                   04:15PM-05:20PM (01:05)
Court Reporter: Tonia Harris                                       (06:12)

Courtroom Deputy: Margaret Pham

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | John T. Gibbs<br>Colleen E. Garcia<br>Jennifer K. Gellie |
| v. | |
| **KEVIN PATRICK MALLORY** | Geremy C. Kamens<br>Todd M. Richman |

This matter came on for Day 2 of trial by jury.   John T. Gibbs, Colleen E. Garcia, and Jennifer K. Gellie present on behalf of government, with Special Agent Steve Green (FBI) and Fabian Vera (intel specialist) present at counsel table.   Defendant present w/ counsel Geremy C. Kamens, Todd M. Richman, and Joseph Boyd (paralegal specialist) present at counsel table.

- Juror #4 released/excused and Juror#17 substituted as Alternate #2

Both parties used laptop/courtroom evidence presentation system to adduce evidence.

---

Rule Invoked on Witnesses [ X ]            Opening Statements Made by Both Parties [ X ]

Government adduced evidence [ X ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]     Closing Arguments [   ]

Jury Charged [   ]        Jury Retired to Deliberate at _____      [   ]

Jury Verdict Filed in Open Court [   ] Jurors Individually Polled   [   ]

Jurors excused at 05:17PM and Case Continued To: **THURSDAY, MAY 31, 2018 @ 09:30AM**

**DEFENDANT:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release     [   ] In Custody