## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 9)

Date: 06/08/2018    Case No:  1:17-CR-00154-TSE-1    Time: 09:04AM-09:08AM (00:04)
                                                           10:00AM-10:16AM (00:16)
                                                           02:13PM-02:20PM (00:05)
Before the Honorable: T.S. ELLIS, III                      03:44PM-04:12PM (00:28)


Court Reporter: Tonia Harris                                                (00:53)

Courtroom Deputy: Margaret Pham

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | John T. Gibbs<br>Colleen E. Garcia<br>Jennifer K. Gellie |
| v. | |
| **KEVIN PATRICK MALLORY** | Geremy C. Kamens<br>Todd M. Richman |

This matter came on for Day 9 of trial by jury.   John T. Gibbs, Colleen E. Garcia, and Jennifer K. Gellie present on behalf of government, with Special Agent Steve Green (FBI) and Fabian Vera (intel specialist) present at counsel table.   Defendant present w/ counsel Geremy C. Kamens, Todd M. Richman, and Joseph Boyd (paralegal specialist) present at counsel table.

Rule Invoked on Witnesses [  ]                Opening Statements Made by Both Parties [  ]

Government continued to adduce evidence [  ] and Rests [  ]

Defendant adduced evidence [  ] and Rests [  ]

Instructions Conference Continued [  ]    Closing Arguments [  ]

Jury Charged   [  ]        Jury Continued Deliberations @ 09:04AM   [ X ]

Jury Verdict Filed in Open Court and Jurors Individually polled [ X ] Defendant found **GUILTY** on all 4 counts

- Deft given 30 days for post-trial motions (July 13th); govt to respond promptly (local rules govern response) – ORDER to follow

Jurors excused at 03:58PM and Case Continued To: **FRIDAY, SEPTEMBER 21, 2018 @ 09:00AM** for **SENTENCING**

**DEFENDANT:**
[ X ] Remanded    [  ] Self Surrender    [  ] Cont'd on same terms and conditions of release    [  ] In Custody