IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:17-cr-154 (TSE) |
| | ) |
| KEVIN PATRICK MALLORY | ) |
| | ) |
| Defendant | ) |

GOVERNMENT'S WITNESS LIST

(1) ✓1. Mike Londregan, DIA 5/30/2018
(2) ✓2. Ralph Stephenson, CIA 5/30/2018
(3) ✓3. Peter Napoleon, CBP 5/30/2018
(4) ✓4. Waldmar Prokopiuk, CBP 5/30/2018
(5) ✓5. "John Doe," CIA 5/30/2018
(6) ✓6. Mike Dorsey, CIA 5/30/2018
(7) ✓7. Paul Lee, FBI CART Examiner 5/30/2018 - CERTIFIED AS EXPERT; 5/31/2018
(8) ✓8. Melinda Capitano, FBI SA 5/31/2018
(9) ✓9. Ryan Lamb, FBI SA 5/31/2018 - CERTIFIED AS EXPERT
   10. Steve Lopacinski, FBI
(10) ✓11. Jim Hamrock, Forensic Examiner 5/31/2018 - CERTIFIED AS EXPERT
   12. Eugene Davis, DIA
(11) ✓13. Steve Green, FBI SA 5/31/2018, 6/1/2018, 6/4/18
(13) ✓14. Bob Ambrose, DIA 6/4/2018 (ROBERT JOHN AMBROSE), 6/5/2018
(14) ✓15. Mike Higgins, DIA 6/5/2018 - CERTIFIED AS EXPERT
(12) ✓16. Nancy Morgan, CIA 6/4/2018
(15) ✓17. Kristen Gunness (expert witness) 6/5/2018 - CERTIFIED AS EXPERT
   18. Michael Sulick, Former CIA