IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
| | ) | 1:17 cr 154 |
| v. | ) | |
| | ) | |
| KEVIN PATRICK MALLORY | ) | |

Government's Amended List of Exhibits

| # | # | Exhibit | Bates No. |
|---|---|---------|-----------|
| 1 | 1 | 09/04/2007 Sensitive Compartmented Information Nondisclosure Statement signed by Kevin Mallory (2 pages) | US-00001295-1296. M. LONDREGAN 5/30/18 |
| 1 | 2 | SF 86 for Kevin Mallory dated 06/23/2004. | US 00001483-1499. US 1493-1494 M. LONDREGAN 5/30/18 |
| 1 | 3 | SF 86 for Kevin Mallory dated 10/03/2005 | US 00001500-1520 M. LONDREGAN 5/30/18 |
| 1 | 4 | Personal Attestation of Kevin P. Mallory | M. LONDREGAN 5/30/18 |
| 1 | 5 | 09/04/2007 Sensitive Compartmented Information Indoctrination Memorandum signed by Kevin Mallory (3 pages) | US-00001294 |
| 1 | 6 | 09/04/2007 Sensitive Compartmented Information Nondisclosure Statement signed by Kevin Mallory (2 pages) | US-00001297-98 |

*(Handwritten annotations: "A" marks beside rows 1, 2, 3; "1-4 THROUGH 1-7 (A)" bracketing rows 4–6)*

1

5/25/2018 12:26 PM

*1-4 THROUGH 1-7* (handwritten)

| | | | | |
|---|---|---|---|---|
| 1 | 7 | Sensitive Compartmented Information Indoctrination Memorandum for Kevin Mallory dated 02/05/2008 | US-00001522 **M.LONDREGAN 5/30/18** ↓ | |
| 1 | 8 | DIA Notice of Access Suspension dated 07/13/2009 signed by Kevin Mallory on 07/14/2009 | US-00001552 **M.LONDREGAN 5/30/18** | *(A) ✓* |
| 1 | 10 | Sensitive Compartmented Information Debriefing Memorandum signed by Kevin Mallory and dated 07/14/2009 | US-00001553 **M.LONDREGAN 5/30/18** | *(A) ✓* |
| 1 | 11 | DIA Notification of Access/Clearance Suspension dated 08/04/2010 | US-00001554 | |
| 1 | 12 | Kevin Mallory response to proposed termination during trial period dated 08/02/2009 | US-0000264-280 | |
| 1 | 13 | 04/27/2011 Resignation Letter to DIA signed by Kevin Mallory | US-00001555 **M.LONDREGAN 5/30/18** | *AS REDACTED (HEADER, DATE, SIGNATURE) (A) ✓* |
| 1 | 14 | DIA Intent to Revoke Eligibility for Access to Sensitive Compartmented Information (5 pages) | US-00001557-1561 | |
| 1 | 15 | DIA Summary | | |
| 1 | 15A | DIA Office of Inspector General Report of Investigation | | |
| 1 | 15B | Mallory Security Adjudication 01/10/2011 | Class US 178-180 | |
| 1 | 16 | Kevin Mallory OIG Affidavit | | |
| 1 | 17 | DIA Briefing E-mail dated March 5, 2009 **(REDACTED VERSION)** | Class US-000501-504 **S.GREEN 6/1/18; H.M.HIGGINS 6/5/18** | *PER STIP #12 (A) ✓* |
| 1 | 17A | Classified Powerpoint attached to March 5, 2009 DIA Briefing Email | **B.AMBROSE 6/4/18, 6/5/18, H.M.HIGGINS 6/5/18** ↓ | ✓ |
| 2 | 1 | Text message exchanges between | US-00006165-6174 **J.DOE 5/30/18; S.GREEN 6/1/18** | *(A) ✓* |

2

| | | | |
|---|---|---|---|
| | | Kevin Mallory and John Doe | |
| 2 | 2 | John Doe's emails to the security office. *J·DOE 5/30/18* | US-00031117 |
| 2 | 3 | SCI NDA Dated 2/28/90 | |
| 2 | 4 | Secrecy Agreement Dated 2/28/90 | |
| 2 | 5 | Security Regulations Certification Dates 2/28/90 | |
| 2 | 6 | SCI NDA Dated 10/26/94 | |
| 2 | 7 | SCI NDA Dated 10/26/94 | |
| 2 | 8 | SCI NDA for Debrief Dated 9/4/96 | |
| 2 | 9 | Security Reminder Dated 9/4/96 | |
| 2 | 10 | Exit Interview Report 4 September 1996 | |
| 2 | 11 | SCI DNA Briefing Dated 12/3/2010 | |
| 2 | 12 | Secrecy Agreement Dated 12/3/2010 | |
| 2 | 13 | Secrecy Agreement Dated 12/14/2010 | |
| 2 | 14 | SCI DNA Briefing Dated 12/14/2010 | |
| 2 | 15 | SCI DNA Briefing Dated 12/15/2010 | |
| 2 | 16 | SCI DNA Debriefing Dated 10/11/2011 | |
| 2 | 17 | SCI DNA Debriefing Dated 10/11/2010 | |
| 3 | 1 | Myers Yang Linkedin Profile | US-00002441-2 *S. GREEN 5/31/18* |
| 3 | 2 | Kevin Mallory Linkedin Profile | US-00001233-35 *S. GREEN 5/31/18* |
| 3 | 2A | 02/28/2017 LinkedIn Messages from Mallory to Richard Yang | *S. GREEN 5/31/18, 6/1/18* |
| 3 | 3 | E-mail from Mallory with subject Potential Opportunity and dated 2/9/2017 referencing contact by PRC1 | US-00006330 *S. GREEN 5/31/18, 6/1/18* |
| 3 | 4 | 02/23/2017 email from | US-00003885 *K. GUNNES 6/5/18* |

Handwritten annotations (left margin):
*2-3 -THROUGH 2-17* Ⓐ
*PER STIP#2* Ⓐ
*PER STIP#2* Ⓐ
Ⓐ

| | | | | |
|---|---|---|---|---|
| | | | michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Follow-up from Michael." | |
| PER STIP#2 (A)✓ | 3 | 5 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: Travel Details | US-00006333 S.GREEN 5/31/18, 6/1/18 |
| (A)✓ | 3 | 6 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: Schedule Confirmed." (2 pages) | US-00002732 S. GREEN 5/31/18, 6/1/18; K.GUNNES 6/5/18 |
| | 3 | 7 | 02/24/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: Re: PP info."(3 pages) | US-00002757 |
| PER STIP#2 (A)✓ | 3 | 8 | 02/23/2017 Email from Kevin Mallory at doudz@aol.com to michael.yangkai@gmail.com "Subject: Re: Coordination – telephone meeting" | US-00006331 S.GREEN 5/31/18, 6/1/18 |
| PER STIP#3 (A)✓ | 3 | 9 | Notes taken on yellow paper located in Mallory's residence. | US-00005916 S.GREEN 5/31/18; 6/1/18 |
| (A)✓ PER STIP#2 | 3 | 10 | 02/25/2017 email from United Airlines to michael.yangkai@gmail.com "Subject: Your United Reservation to Shanghai, CN (PVG-Pu Dong) is processing." (4 pages). | US-00002760-63 S.GREEN 5/31/18, 6/1/18 |
| (A)✓ | 3 | 11 | 02/25/2017 email from United Airlines to michael.yangkai@gmail.com "Subject: eTicket Itinerary and | US-00002764-68 S. GREEN 5/31/18, 6/1/18 |

4

| | | | |
|---|---|---|---|
| | | Receipt for Confirmation JKMDCO." (5 pages). | |
| 3 | 12 | 02/25/2017 email from michael.yangkai@gmail.com to Kevin Mallory at doudz@aol.com "Subject: flight info."(1 page) | US-00002773 |
| 3 | 13 | 03/07/2017 Messages between Kevin Mallory at 2539700310@mms.att.net to michael.yangkai@gmail.com | US-00002787 – 2795. S.GREEN 5/31/18, 6/1/18 |
| 3 | 14 | 03/08/2017 Email from shanghaiiapm@apple.com to michael.yangkai@gmail.com regarding Apple phone purchase | US-00002796-98 S.GREEN 5/31/18, 6/1/18 |
| 3 | 14A | iPhone 7 photograph | US-00000712-713 |
| 3 | 14B | iPhone 7 box | US-00000714 S.GREEN 5/31/18 |
| 3 | 15 | 03/08/2017 Messages between Kevin Mallory at 2539700310@mms.att.net to michael.yangkai@gmail.com | US-00002800 - 2812 S.GREEN 5/31/18, 6/1/18 |
| 3 | 16 | AT&T Subscriber Information for Telephone number (253) 970-0310 in the name of Kevin Mallory | US-00004115 |
| 3 | 16-1 | Text to email sent from Kevin Mallory's phone 2539700310 to his Apple email account doudzme@icloud.com with attachment "text_0.txt." | S.GREEN 6/1/18 |
| 3 | 16-1A | Website linked in email attachment from GX 3-16-1 | S.GREEN 6/1/18 |
| 3 | 17 | 03/10/2017 email from michael.yangkai@gmail.com to Kevin Mallory at | US-00002824 S.GREEN 5/31/18, 6/1/18 |

Ⓐ ✓ PER STIP#2

Ⓐ ✓

PER STIP#3 Ⓐ ✓

PER STIP#2 Ⓐ ✓

PER STIP#2 Ⓐ ✓

Ⓐ ✓

PER STIP#2 Ⓐ ✓

5/25/2018 12:26 PM

| | | | |
|---|---|---|---|
| | | 2539700310@mms.att.net, "Subject: Re:" | |
| 3 | 18 | 03/13/2017 Email at 2:24 AM from Kevin Mallory at doudzme@icloud.net to michael.yangkai@gmail.com, "Subject: Examples." | US-00002825-34 |
| 3 | 19 | Subscriber information for account ky_0407@hotmail.com with a creation date of 03/15/2017 | |
| 3 | 20 | 5/15/2017 Email at 10:40 PM from Kevin Mallory at doudz@aol.com to ky_0407@hotmail.com | US-00006327 |
| 3 | 21 | 05/26/2017 email to Michael Yang about an upcoming trip to China. | US-00004068 |
| 3 | 22 | 05/26/2017 email from Kevin Mallory to Yang Kai Subject: Re: Skypte | |
| 3 | 24A | "Test" email from doudzme@icloud.com to ky_0407@hotmail.com dated 03/30/2017 | |
| 3 | 24B | "Pls confirm receipt" email from doudzme@icloud.com to KY_0407@hotmail.com dated 04/12/2017 | |
| 3 | 25 | Kevin Mallory iCloud search history | |
| 3 | 26 | LinkedIn messages between Kevin Mallory and the Johnsons | |
| 4 | 1 | Marriott Rewards Statement for Kevin Mallory showing a stay at the Shanghai JW Marriott from | US-00006187-89 |

*Handwritten annotations:*

PER STIP #2 (A) — row 18: S. GREEN 5/31/18, 6/1/18; H.M. HIGGINS 6/5/18

PER STIP #2 (A) — row 19: S. GREEN 6/1/18

PER STIP #2 (A) — row 20: S. GREEN 6/1/18

PER STIP #2 (A) — row 21: S. GREEN 5/31/18, 6/1/18

PER STIP #2 (A) — row 22: S. GREEN 6/1/18

PER STIP #2 (A) — row 24A: S. GREEN 6/1/18

PER STIP #2 (A) — row 24B: S. GREENS 6/1/18

(A) — row 26: S. GREEN 6/1/18

GOVT TO SUBMIT 3-26a (ORIGINAL)

5/25/2018 12:26 PM

| | | 03/11/2017 through 03/15/2017. | |
|---|---|---|---|
| 4 | 2 | Airline Ticket from United Airlines for Travel to Shanghai, China in March 2017. | US-00006202-6205 **S.GREEN 5/31/18** |
| 4 | 3 | Airline Ticket from United Airlines for Travel to Shanghai, China in April 2017. | |
| 4 | 4 | Amazon subpoena return for Yang Chengjie. | US-00031507 |
| 4 | 5 | Mallory's Passport. | US-00005519-22 |
| 4 | 6 | Email in Mandarin with an attached Photograph of Michael Yang | US-00006359-6361 |
| 5 | 1 | Customs Declaration CBP Form 6059B **P. NAPOLEON 5/30/18** | US-00001473-1474 |
| 5 | 2 | FinCEN Form 105, Report of International Transportation of Currency or Monetary Instruments Signed by Mallory on 04/21/2017 | US-00001472 **P. NAPOLEON 5/30/18** |
| 5 | 3 | Photograph of Michael Yang Business Card from CBP Search | 1470-1471 |
| 6 | 2 | Photo of exterior of Fed Ex store. | US-00001259  **S.GREEN 5/31/18; 6/1/18** |
| 6 | 3 | Photo of Image Press C700 | US-00001267 – 1268  **6/1/18** |
| 6 | 3A | Photo of Image Press C700 (Closeup) | US-00001268  **6/1/18** |
| 6 | 4 | FedEx transaction records for 04/25/2017 | US-00004087-4089 **S. GREEN 6/1/18** |
| 6 | 5 | March 2017 Fed Ex Records for three documents scanned at Fed Ex. | US-00009505-9507 **S. GREEN 5/31/18, 6/1/18** |
| 6 | 6 | Fed Ex Clip 1 from 15:13:47-15:15:03 | **S.GREEN 6/1/18** |
| 6 | 7 | Fed Ex Clip 1 from 15:18:00-15:18:08 | **S.GREEN 6/1/18** |

*(handwritten annotations in left margin:)*

PERSTIP#2 (A)  *(bracketing rows 4-2 and 4-3)*

(A) *(next to row 5-1)*
(A) *(next to row 5-2)*

PERSTIP#2 (A)  *(bracketing rows 6-2, 6-3, 6-3A)*

6-4 THROUGH 6-12 (A) PER STIP#2  *(bracketing rows 6-4 through 6-7)*

5/25/2018 12:26 PM

6-4
THROUGH
6-12
Ⓐ
PER STIP #2

STIPULATION
#7
THROUGH
M.DORSEY
5/30/2018
Ⓐ

| | | | |
|---|---|---|---|
| ✓6 | 8 | Fed Ex Clip 1 from 15:56:55-15:57:56 | S. GREEN 5/31/18, 6/1/18 |
| ✓6 | 9 | Fed Ex Clip 1 from 15:59:07-16:02:02 | S. GREEN 6/1/18 |
| ✓6 | 10 | Fed Ex Clip 1 from 16:06:28-16:07:15 | S GREEN 6/1/18 |
| ✓6 | 11 | Fed Ex Clip 1 16:19:57 | S. GREEN 6/1/18 |
| ✓6 | 12 | Fed Ex Clip 1 from 16:26:19-16:26:27 | S. GREEN 6/1/18 |
| 7 | 1 | Clip 1 from 05/12/2017 Interview with CIA | |
| 7 | 1T | Transcript of Clip 1 from 05/12/2017 Interview with CIA | |
| 7 | 2 | Clip 2 from 05/12/2017 Interview with CIA | |
| 7 | 2T | Transcript of Clip 2 from 05/12/2017 Interview with CIA | |
| 7 | 3 | Clip 3 from 05/12/2017 Interview with CIA | |
| 7 | 3T | Transcript of Clip 3 from 05/12/2017 Interview with CIA | |
| 7 | 4 | Clip 4 from 05/12/2017 Interview with CIA | |
| 7 | 4T | Transcript of Clip 4 from 05/12/2017 Interview with CIA | |
| 7 | 5 | Clip51 from 05/12/2017 Interview with CIA | |
| 7 | 5T | Transcript of Clip 5 from 05/12/2017 Interview with CIA | |
| 7 | 6 | Clip 6 from 05/12/2017 Interview with CIA | |
| 7 | 6T | Transcript of Clip 6 from 05/12/2017 Interview with CIA | |

5/25/2018 12:26 PM

| 7 | 7 | Clip 7 from 05/12/2017 Interview with CIA | |
|---|---|---|---|
| 7 | 7T | Transcript of Clip 7 from 05/12/2017 Interview with CIA | |
| 7 | 8 | Clip 8 from 05/12/2017 Interview with CIA | |
| 7 | 8T | Transcript of Clip 8 from 05/12/2017 Interview with CIA | |
| 7 | 9 | Clip 9 from 05/12/2017 Interview with CIA | |
| 7 | 9T | Transcript of Clip 9 from 05/12/2017 Interview with CIA | |
| 7 | 10 | Clip 10 from 05/12/2017 Interview with CIA | |
| 7 | 10T | Transcript of Clip 10 from 05/12/2017 Interview with CIA | |
| 7 | 11 | Clip 11 from 05/12/2017 Interview with CIA | |
| 7 | 11T | Transcript of Clip 11 from 05/12/2017 Interview with CIA | |
| 7 | 12 | Clip 12 from 05/12/2017 Interview with CIA | |
| 7 | 12T | Transcript of Clip 12 from 05/12/2017 Interview with CIA | |
| 7 | 13 | Clip 13 from 05/12/2017 Interview with CIA | |
| 7 | 13T | Transcript of Clip 13 from 05/12/2017 Interview with CIA | |
| 7 | 14 | Clip 14 from 05/12/2017 Interview with CIA | |
| 7 | 14T | Transcript of Clip 14 from 05/12/2017 Interview with CIA | |
| 7 | 15 | Clip 15 from 05/12/2017 Interview | |

STIPULATION
#7
THROUGH
M. DORSEY
5/30/18
(A)

9

5/25/2018 12:26 PM

STIPULATION
#7
THROUGH
M. DORSEY
5/30/18
(A)

| | | | |
|---|---|---|---|
| | | with CIA | |
| 7 | 15T | Transcript of Clip 15 from 05/12/2017 Interview with CIA | |
| 7 | 16 | Clip 16 from 05/12/2017 Interview with CIA | |
| 7 | 16T | Transcript of Clip 16 from 05/12/2017 Interview with CIA | |
| 7 | 17 | Clip 17 from 05/12/2017 Interview with CIA | |
| 7 | 17T | Transcript of Clip 17 from 05/12/2017 Interview with CIA | |
| 7 | 18 | Clip 18 from 05/12/2017 Interview with CIA | |
| 7 | 18T | Transcript of Clip 18 from 05/12/2017 Interview with CIA | |
| 7 | 19 | Clip 19 from 05/12/2017 Interview with CIA | |
| 7 | 19T | Transcript of Clip 19 from 05/12/2017 Interview with CIA | |
| 7 | 20 | Clip 20 from 05/12/2017 Interview with CIA | |
| 7 | 20T | Transcript of Clip 20 from 05/12/2017 Interview with CIA | |
| 7 | 21 | Clip 21 from 05/12/2017 Interview with CIA | |
| 7 | 21T | Transcript of Clip 21 from 05/12/2017 Interview with CIA | |
| 7 | 22 | Clip 22 from 05/12/2017 Interview with CIA | |
| 7 | 22T | Transcript of Clip 22 from 05/12/2017 Interview with CIA | |
| 7 | 23 | Clip 23 from 05/12/2017 Interview with CIA | |

5/25/2018 12:26 PM

STIPULATION
#7
N. DORSEY
5/30/18
(A)

| 7 | 23T | Transcript of Clip 23 from 05/12/2017 Interview with CIA | |
|---|------|---------------------------------------------------------|---|
| 7 | 30 | Clip 30 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 30T | Transcript of Clip 30 from 05/12/2017 Interview with CIA | |
| 7 | 31 | Clip 31 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 31T | Transcript of Clip 31 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 32 | Clip 32 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 32T | Transcript of Clip 32 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 34 | Clip 34 from 05/12/2017 Interview with CIA | |
| 7 | 34T | Transcript of Clip 34 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 35 | Clip 35 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 35T | Transcript of Clip 35 from 05/12/2017 Interview with CIA | |
| 7 | 36 | Clip 36 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 36T | Transcript of Clip 36 from 05/12/2017 Interview with CIA | |
| 7 | 37 | Clip 37 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 37T | Transcript of Clip 37 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 38 | Clip 38 from 05/12/2017 Interview with CIA | S. GReen 5/31/18 |
| 7 | 38T | Transcript of Clip 38 from | S. GReen 5/31/18 |

5/25/2018 12:26 PM

| | | | | |
|---|---|---|---|---|
| | | | 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 39 | Clip 39 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 39T | Transcript of Clip 39 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 40 | Clip 40 from 05/12/2017 Interview with CIA | |
| | 7 | 40T | Transcript of Clip 40 from 05/12/2017 Interview with CIA | |
| | 7 | 41 | Clip 41 from 05/12/2017 Interview with CIA | |
| | 7 | 41T | Transcript of Clip 41 from 05/12/2017 Interview with CIA | |
| | 7 | 42 | Clip 42 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 42T | Transcript of Clip 42 from 05/12/2017 Interview with CIA | |
| | 7 | 43 | Clip 43 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 43T | Transcript of Clip 43 from 05/12/2017 Interview with CIA | |
| | 7 | 44 | Clip 44 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 44T | Transcript of Clip 44 from 05/12/2017 Interview with CIA | |
| | 7 | 45 | Clip 45 from 05/12/2017 Interview with CIA  S. GREEN 6/1/18 | |
| | 7 | 45T | Transcript of Clip 45 from 05/12/2017 Interview with CIA | |
| | 8 | 1 | Samsung Phone  ✳ N. CAPITANO 5/31/18; R. LAMB 5/31/18 | |
| | 8 | 1A | Consent Form for Search of Samsung Phone dated 05/24/2017 | US -00001237  P. LEE 5/30/18 |
| | 8 | 1B | 2 Photographs of back of Samsung | US-00006143, 00006150 P. LEE 5/30/18, 5/31/18 |

STIPULATION #7 THROUGH M. DORSEY 5/30/18  (A)

PER STIP #3  (A)

(A)

(A)

12

5/25/2018 12:26 PM

| | | | | |
|---|---|---|---|---|
| | | | Phone on 05/24/2017 | |
| (A) ✓ | 8 | 1C | Image showing rooting software from Samsung Phone *P.Lee 5/30/18* | US-00006139 |
| (A) ✓ | 8 | 1D | Folder Structure for Samsung Phone | US-00006145 *P.Lee 5/31/18* |
| (A) ✓ | 8 | 1E | Thumbnails from SDIR folder on Samsung Phone *P.Lee 5/31/18* | US-00006152 |
| (A) ✓ | 8 | 1F | IMEI information from Samsung Phone *P.Lee 5/30/18* | US-00006159 |
| (A) ✓ | 8 | 2 | Screen shot photographed on 05/24/2017 of Mi Young page. *P.Lee 5/30/18* | US-00006161 |
| (A) { | 8 | 3 | Screen shot photographed on 05/24/2017 | US-00006146 *P.Lee 5/30/18; S.GREEN 6/1/18, 6/4/18* |
| | 8 | 4 | Screen shot photographed on 05/24/2017 | US-00006147 |
| | 8 | 5 | Screen shot photographed on 05/24/2017 | US-00006148 |
| *PER STIP #4* (A) { ✓ | 8 | 6 | Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00001562-5 *J.HAMROCK 5/31/18; S.GREEN 6/1/18, 6/4/18, N.MORGAN 6/4/18; H.M.HIGGINS 6/5/18* |
| | 8 | 6E | Encrypted version of Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00031488-00031503 |
| | 8 | 6U | Unencrypted version of Text message exchange between Mallory and Yang on from 05/01/2017 through 05/05/2017 from the Samsung Phone | US-00032164-00032170 |
| | 8 | 6C | Unencrypted text from clipboard | ✓US-00032096 |
| (A) C | 8 | 7 | Hand-written Index from Samsung Phone (Classified) *J.HAMROCK 5/31/18* | US-00001300 |
| *C8-8 THROUGH C8-12* (A) { | 8 | 8 | Eight hand-written cover pages from | |

5/25/2018 12:26 PM

*C8-8 THROUGH C8-12* (A)

| | | | | |
|---|---|---|---|---|
| | | Samsung Phone (Classified) | | J. HAMROCK 5/31/18 |
| 8 | 9 | Portion of document Two from Samsung Phone cache directory (Classified) | | |
| 8 | 10 | Document Four from Samsung Phone cache directory (Classified) | | |
| 8 | 11 | Document Seven from Samsung Phone cache directory (Classified) | | |
| 8 | 12 | Document Eight from Samsung Phone cache directory (Classified) | | |
| *PER STIP#9* (A) ✓ 8 | 17 | Photograph of Kevin Mallory's notes on how to use the Cov Com device that he brought to the 05/24/2017 interview | US-00006131 | P.Lee 5/31/18; S.Green 6/1/18 |
| (A) 8 | 18 | WeChat Id. Chart | US-00031477 | J. Hamrock 5/31/18; S.Green 6/4/18; M.Whatley 6/6/18 |
| (A) 8 | 19 | WeChat username Chart | US-00031487 | J. Hamrock 5/31/18 |
| (A) 8 | 21 | X-Log file for Samsung Phone | US-00032149 -32159 | J. Hamrock 5/31/18; S.Green 6/1/18, 6/4/18, M.Whatley 6/6/18 |
| (A) 8 | 22 | Photograph of mountains | | J. Hamrock 5/31/18 |
| (A) 8 | 23 | Chart 3 – SDIR micro messages | US-00031476 | J. Hamrock 5/31/18 |
| (A) 8 | 24 | Encryption demonstration from Samsung Phone | US-00031478 | J. Hamrock 5/31/18 |
| (A) 8 | 25 | Screenshots of Transmission Steps from Samsung Phone | | J. Hamrock 5/31/18 |
| (A) 8 | 26 | Kingsoft file structure | | J. Hamrock 5/31/18 |
| (A) 8 | 27 | Samsung media folders | | J. Hamrock 5/31/2018 |
| (A) 8 | 28 | Samsung file paths for applications | US-00032274 | J. Hamrock 5/31/18 |
| (A) 9 | 1 | Photograph of exterior of Mallory house. | US-00000336 | M.Capitano 5/31/18 |
| (A) 9 | 2 | Photograph of front door with address visible for Mallory house. | US-0000349 | M. Capitano 5/31/18 |
| *PER STIP#3 #4* (A) 9 | 3 | Toshiba Micro SD card * | | M. Capitano 5/31/18; R.Lamb 5/31/18; S.Green 6/1/18, 6/4/18 |
| (A) 9 | 3A | Photograph of Toshiba Micro SD | US-00001071. | M.Capitano 5/31/18 |

14

5/25/2018 12:26 PM

| | | | |
|---|---|---|---|
| | | card wrapped in foil | |
| (A) ✓9 | 3A-1 | Second photograph of Toshiba Micro SD card wrapped in foil M.CAPITANO 5/31/18 | US-00001070 |
| (A) ✓9 | 3A-2 | Photograph of white tray in closet M.CAPITANO 5/31/18 where Micro SD card was found | |
| PER STIP#4 (A) 9 | 3C | Screen capture of evidence review S.GREEN 6/1/18 software showing files on Toshiba Micro SD card "New Dir" folder. | |
| 9 | 3D | Toshiba Micro SD Card root directory | |
| 9 | 3E | Handwritten table of contents from Toshiba Micro SD card (Classified) | S.GREEN 6/1/18; H.M.HIGGINS 6/5/18; H.COOPER 6/5/18, 6/6/18 |
| 9 | 3E1 | Document One from Toshiba Micro SD Card (Classified) | S.GREEN 6/1/18; B.AMBROSE 6/5/18; H.M.HIGGINS 6/5/18; H.COOPER 6/6/18 |
| 9 | 3E2 | Document Two from Toshiba Micro SD Card (Classified) | B.AMBROSE 6/5/18; H.M.HIGGINS 6/5/18; H.COOPER 6/6/18 |
| 9 | 3E3 | Document Three from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 3E4 | Document Four from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 3E5 | Document Five from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 3E6 | Document Six from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 3E7 | Document Seven from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 3E8 | Document Eight from Toshiba Micro SD Card (Classified) | N.MORGAN 6/4/18 |
| 9 | 4 | Photograph of Various Disguises and Adhesives | US-00001056 |
| 9 | 5 | Close-up Photograph of Adhesives | US-00001057 |
| PER STIP#3 (A) 9 | 6 | Evidence Log from Search of House dated 06/22/2017 | US-00001189-94 S.GREEN 6/1/18 |

Annotations in left margin: PER STIP#4 (A); C9-3e THROUGH C9-3e8 (A); PER STIP#3 (A)

5/25/2018 12:26 PM

PER STIP#5 (A) ✓9

PER STIP#5 (A) ✓9

PER STIP#5 (A) ✓9

PER STIP#5 (A) ✓9

PER STIP#5 (A) ✓9

| | | | |
|---|---|---|---|
| 9 | 7 | IPhone 5 seized from Mallory possession on June 22, 2017 | R. LOMB 5/31/18 |
| 9 | 7A | Photograph of the Yang Kai business card, front and back, dated March 12, 2017. | US-00031100-31101 S. GREEN 5/31/18; K. GUNNES 6/5/18 |
| 9 | 7B | Google map showing coordinates for Photograph of Yang Kai business card. | US-00031103 |
| 9 | 7C | Photograph of Richard Yang business card at Darren & Associates dated April 20, 2017 | US-00031102 |
| 9 | 7D | Map of Mallory's hotel room in Shanghai. | US-00031103 |
| 9 | 7E | Calendar entry for flight from Dulles to Shanghai for Kevin and Jeremiah Mallory on 04/14/2017 | US-00031097 |
| 9 | 7F | Calendar entry for flight from Shanghai to Dulles for Kevin and Jeremiah Mallory on 04/21/2017 | US-00031098 |
| 9 | 7G | Calendar entry for Shanghai Marriott Hotel Parkview from 04/15/2017 – 04/21/2017 | US-00031099 |
| 9 | 7H | Mallory iPhone contact for Michael Yang created on 03/10/2017 with Michael.Yangkai gmail account | US-00031415 S. GREEN 5/31/18 |
| 9 | 7I | Mallory iPhone contact for Michael Yang (created on 03/30/2017 with a KY_0407@hotmail.com account). | US-00031416 S. GREEN 5/31/18 |
| 9 | 7J | Mallory iPhone contact for Richard Yang (created on 04/18/2017 with Darren Associates) | US-00031418 |
| 9 | 7K | Mallory iPhone search history for "thaad missile system capability" on | US-00031428 S. GREEN 5/31/18 |

5/25/2018 12:26 PM

| | | | |
|---|---|---|---|
| | | 05/4/2017. | |
| 9 | 7L | Mallory iPhone search history for "how to fully empty trash can on ios." | US-00031429 |
| 9 | 8 | Kingston SD card seized in the search of Mallory's house. | R.LAMB 5/31/18, S.GREEN 6/1/18 |
| 9 | 8A | Metadata from Kingston SD Card | US-00031104-31112 S.GREEN 6/1/18 |
| 9 | 8B | Screen capture of evidence review software showing files on Kingston Micro SD card. | S.GREEN 6/1/18 |
| 9 | 9 | Metadata from Toshiba SD Card | |
| 9 | 10 | MacBook Pro Computer | S.GREEN 6/1/18 |
| 9 | 11 | Logfiles from MacBook Pro Computer | S.GREEN 6/1/18 |
| 9 | 15 | Photos of Samsung phone from house | US-00001060-1061 M.CAPITANO 5/31/18; S.GREEN 5/31/18 |
| 10 | 1 | Bank of America home loan documents. | S.GREEN 5/31/18 |
| 10 | 2 | 07/02/2017 USAA Account Summary for Kevin Mallory Visa card ending in 5655 | US-00005540-43 |
| 10 | 3 | 07/08/2017 USAA Account Summary for Kevin Mallory Visa card ending in 0013 | US-00005544 |
| 10 | 4 | 01/22/2017 PNC Bank Home equity line of credit | US-00005547 S.GREEN 5/31/18 |
| 10 | 5 | 03/09/2017 Account Statement for My Best Buy Credit Card for Kevin Mallory | US-00004421 |
| 10 | 6 | SDFCU Checking Account deposit on 03/20/2017 for $8,950. | US-00002508 S.GREEN 5/31/18, 6/1/18 |
| 10 | 7 | SDFCU Checking Account deposit | US-00002489 |

Handwritten annotations in left margin:
- PER STIP #3 #4 (A) — row 8
- PER STIP #4 (A) — row 8A
- PER STIP #4 (A) — row 8B
- PER STIP #3 (A) — row 10
- PER STIP #13 (A) — row 11
- (A) — row 15
- PER STIP #2 (A) — Bank of America row
- PER STIP #3 (A) — row 4
- PER STIP #2 (A) — rows 6 & 7

17

| | | | |
|---|---|---|---|
| | | on 04/24/2017 for $16,400. | |
| PER STIP #3 (A) | 10 | 8 | 04/07/2017 USAA Account Summary for Kevin Mallory Visa card ending in 5655 — S. GREEN 5/31/18 |
| | 11 | 1 | Alexandria Jail Certification |
| PER STIP #11 (A) | 11 | 2 | June 24, 2017 recorded jail call between Kevin Mallory and family members — S. GREEN 6/1/18 |
| | 11 | 2T | English Transcript of June 24, 2017 recorded jail call between Kevin Mallory and family members — US 1308 |
| PER STIP #2 (A) | 12 | 1 | Google account information for michael.yangkai@gmail.com — US-00031420 S. GREEN 5/31/18, 6/1/18 |
| ✓ | 13 | 1 | Clip 1 from May 24th FBI Interview, Disc 3, 3:13:46-3:13:57 — S. GREEN 5/31/18 |
| | 13 | 1T | Transcript of Clip 1 from May 24th FBI Interview |
| ✓ | 13 | 2 | Clip 2 from May 24th FBI Interview, Disc 3, 3:20:20-3:20:39 — S. GREEN 5/31/18 |
| ✓ | 13 | 2T | Transcript of Clip 2 from May 24th FBI Interview — S. GREEN 5/31/18 |
| ✓ | 13 | 3 | Clip 3 from May 24th FBI Interview, Disc 1, 42:37-43:11 — S. GREEN 5/31/18 |
| ✓ | 13 | 3T | Transcript of Clip 3 from May 24th FBI Interview — S. GREEN 5/31/18 |
| ✓ | 13 | 4 | Clip 4 from May 24th FBI Interview, Disc 1, 46:53-47:37 — S. GREEN 5/31/18 |
| ✓ | 13 | 4T | Transcript of Clip 4 from May 24th FBI Interview — S. GREEN 5/31/18 |
| ✓ | 13 | 5 | Clip 5 from May 24th FBI Interview, Disc 1, 1:43:55-1:44:13 — S. GREEN 5/31/18 |
| ✓ | 13 | 5T | Transcript of Clip 5 from May 24th FBI Interview — S. GREEN 5/31/18 |

13-1 THROUGH 13-27 (A) PURSUANT TO STIPULATION #8

5/25/2018 12:26 PM

| | | | |
|---|---|---|---|
| ✓13 | 6 | Clip 6 from May 24th FBI Interview, Disc 1, 49:56-51:17 | S. GREEN 5/31/18 |
| ✓13 | 6T | Transcript of Clip 6 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 7 | Clip 7 from May 24th FBI Interview, Disc 1, 51:52 – 51:59 | S. GREEN 5/31/18 |
| ✓13 | 7T | Transcript of Clip 7 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 8 | Clip 8 from May 24th FBI Interview, Disc 1, 1:31:37-1:32:11 | S. GREEN 5/31/18 |
| ✓13 | 8T | Transcript of Clip 8 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 9 | Clip 9 from May 24th FBI Interview, Disc 1, 1:24:07-1:25:22 | S. GREEN 5/31/18 |
| ✓13 | 9T | Transcript of Clip 9 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 10 | Clip 10 from May 24th FBI Interview, Disc 1, 1:16:59-1:18:08 | S. GREEN 5/31/18 |
| ✓13 | 10T | Transcript of Clip 10 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 11 | Clip 11 from May 24th FBI Interview, Disc 1, 2:50:31-2:50:56 | S. GREEN 5/31/18 |
| ✓13 | 11T | Transcript of Clip 11 from May 24th FBI Interview | S. GREEN 5/31/18, 6/1/18 |
| ✓13 | 12 | Clip 12 from May 24th FBI Interview, Disc 1, 1:38:01-1:38:23 | S. GREEN 5/31/18 |
| ✓13 | 12T | Transcript of Clip 12 from May 24th FBI Interview | S. GREEN 5/31/18 |
| ✓13 | 13 | Clip 13 from May 24th FBI Interview, Disc 1, 17:38-18:57 | K. GUNNES 6/5/18 |
| 13 | 13T | Transcript of Clip 13 from May 24th FBI Interview | |
| ✓13 | 14 | Clip 14 from May 24th FBI | S. GREEN 6/1/18 |

13-1 THROUGH 13-37 (A) PURSUANT TO STIPULATION #8

19

5/25/2018 12:26 PM

| | | | | |
|---|---|---|---|---|
| | | | Interview, Disc 1, 28:33-30:22 | |
| ✓13 | 14T | Transcript of Clip 14 from May 24th FBI Interview | S. GREEN 6/1/18 |
| ✓13 | 15 | Clip 15 from May 24th FBI Interview, Disc 1, 32:38-32:57 | S. GREEN 6/1/18 |
| ✓13 | 15T | Transcript of Clip 15 from May 24th FBI Interview | |
| ✓13 | 16 | Clip 16 from May 24th FBI Interview, Disc 1, 1:53:48-1:54:27 | S. GREEN 6/1/18 |
| ✓13 | 16T | Transcript of Clip 16 from May 24th FBI Interview | |
| ✓13 | 17 | Clip 17 from May 24th FBI Interview, Disc 1, 38:45-39:01 | S. GREEN 6/1/18 |
| ✓13 | 17T | Transcript of Clip 17 from May 24th FBI Interview | |
| ✓13 | 18 | Clip 18 from May 24th FBI Interview, Disc 1, 2:07:44-2:08:21 | S. GREEN 6/1/18 |
| ✓13 | 18T | Transcript of Clip 18 from May 24th FBI Interview | |
| ✓13 | 19 | Clip 19 from May 24th FBI Interview, Disc 1, 1:09:04-1:09:49 | S. GREEN 6/1/18 |
| ✓13 | 19T | Transcript of Clip 19 from May 24th FBI Interview | |
| ✓13 | 20 | Clip 20 from May 24th FBI Interview, Disc 1, 2:25:42-2:26:28 | S. GREEN 6/1/18 |
| ✓13 | 20T | Transcript of Clip 20 from May 24th FBI Interview | |
| ✓13 | 21 | Clip 21 from May 24th FBI Interview, Disc 1, 2:18:22-2:19:18 | S. GREEN 6/1/18 |
| ✓13 | 21T | Transcript of Clip 21 from May 24th FBI Interview | S.GREEN 6/4/18 |
| ✓13 | 22 | Clip 22 from May 24th FBI Interview, Disc 1, 2:19:36-2:19:56 | S. GREEN 6/1/18 |

13-1 TO 13-37 (A) PURSUANT TO STIPULATION #8

5/25/2018 12:26 PM

13-1
THROUGH 37
Ⓐ PURSUANT
TO STIPULATION
#8

| | 13 | 22T | Transcript of Clip 22 from May 24th FBI Interview | ↓ |
|---|---|---|---|---|
| ✓ | 13 | 23 | Clip 23 from May 24th FBI Interview, Disc 2, 2:46:57-2:50:15 | S. GREEN 6/1/18 |
| ✓ | 13 | 23T | Transcript of Clip 23 from May 24th FBI Interview | ↓ |
| ✓ | 13 | 24 | Clip 24 from May 24th FBI Interview, Disc 2, 2:54:13-2:54:41 | S. GREEN 6/1/18 |
| ✓ | 13 | 24T | Transcript of Clip 24 from May 24th FBI Interview | ↓ |
| ✓ | 13 | 25 | Clip 25 from May 24th FBI Interview, Disc 1, 1:40:00-1:40:28 | S. GREEN 6/1/18 |
| ✓ | 13 | 25T | Transcript of Clip 25 from May 24th FBI Interview | ↓ |
| ✓ | 13 | 26 | Clip 26 from May 24th FBI Interview, Disc 1, 2:32:47-2:33:28 | S. GREEN 6/1/18 |
| ✓ | 13 | 26T | Transcript of Clip 26 from May 24th FBI Interview | ↓ |
| | 13 | 27 | Clip 27 from May 24th FBI Interview, Disc 1, 1:40:22-1:40:49 | |
| | 13 | 27T | Transcript of Clip 27 from May 24th FBI Interview | |
| | 13 | 28 | Clip 28 from May 24th FBI Interview, Disc 1, 2:19:57-2:23:47 | |
| | 13 | 28T | Transcript of Clip 28 from May 24th FBI Interview | |
| ✓ | 13 | 29 | Clip 29 from May 24th FBI Interview, Disc 1, 2:26:29-2:32:47 | J. HAMROCK 5/31/18 |
| | 13 | 29T | Transcript of Clip 29 from May 24th FBI Interview | |
| | 13 | 30 | Clip 30 from May 24th FBI Interview, Disc 1, 2:12:20-2:13:07 | |
| | 13 | 30T | Transcript of Clip 30 from May 24th | |

5/25/2018 12:26 PM

| | | | |
|---|---|---|---|
| | | FBI Interview | |
| 13 | 31 | Clip 31 from May 24th FBI Interview, Disc 1, 2:33:28-2:36:21 | |
| 13 | 31T | Transcript of Clip 31 from May 24th FBI Interview | |
| 13 | 32 | Clip 32 from May 24th FBI Interview, Disc 1, 2:23:47-2:25:40 | |
| 13 | 32T | Transcript of Clip 32 from May 24th FBI Interview | |
| ✓13 | 33 | Clip 33 from May 24th FBI Interview, Disc 1, 2:43:33-2:46:57 | S. GREEN 6/1/18 |
| ✓13 | 33T | Transcript of Clip 33 from May 24th FBI Interview | ↓ |
| 13 | 34 | Clip 34 from May 24th FBI Interview, Disc 1, 2:36:35-2:36:57 | |
| 13 | 34T | Transcript of Clip 34 from May 24th FBI Interview | |
| 13 | 35 | Clip 35 from May 24th FBI Interview, 2:38:22-2:39:00 | |
| 13 | 35T | Transcript of Clip 35 from May 24th FBI Interview | |
| 13 | 36 | Clip 36 from May 24th FBI Interview, 2:39:12-2:39:50 | |
| 13 | 36T | Transcript of Clip 36 from May 24th FBI Interview | |
| ✓13 | 37 | Clip 37 from May 24th FBI Interview, 1:48:28-1:48:50 | S. GREEN 6/1/18 |
| ✓13 | 37T | Transcript of Clip 37 from May 24th FBI Interview | ↓ |
| Ⓐ ✓14 | 1 | Sample Chinese Think Tank Business Cards | K. GUNNES 6/5/18 |
| Ⓐ ✓14 | 2 | Executive Order 13526 | N. MORGAN 6/4/18, H.M. HIGGINS 6/5/18 |

13-1 THROUGH 13-37 Ⓐ PURSUANT TO STIPULATION #8

Ⓐ ✓ 13-39 and 13-39t (aka Δ's 3B9) ⟶₂₂ S. GREEN 6/1/18

Ⓐ ✓ 13-38 and 13-38t AND 13-40 and 13-40t ⟶ S. GREEN 6/4/18

5/25/2018 12:26 PM