IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:17-CR-00154 (TSE) |
| | ) |
| KEVIN PATRICK MALLORY | ) |
| | ) |
| Defendant | ) |
| | ) |

**DEFENDANT'S WITNESS LIST**

①  ✓1. Harry Cooper, Jr. 6/5/2018 - CERTIFIED AS EXPERT, 6/6/2018
⑤  ✓2. Matthew Whatley 6/6/2018 - CERTIFIED AS EXPERT
④  ✓3. Patsy Clark 6/6/2018
③  ✓4. Kevin McLane 6/6/2018
②  ✓5. Rick Vandiver 6/6/2018