IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:17-cr-00154 |
| v. | ) |
| | ) Trial: May 29, 2018 |
| KEVIN MALLORY, | ) |
| | ) Hon. T.S. Ellis III |
| Defendant, | ) |

## DEFENDANT'S TRIAL EXHIBIT LIST

Defendant Kevin Mallory, by and through counsel, submits this tentative Exhibit List. This list contains those exhibits that defendant anticipates admitting in evidence at trial, although it is provided as a courtesy and not intended to be binding to the extent the defendant later identifies additional exhibits he may seek to introduce in evidence. It is also not intended to include, and does not include, any documents that defendant may pre-mark and use at trial solely to refresh recollection (any such exhibits would not be offered in evidence absent a basis for their admission that counsel does not now anticipate).

| DE # | Bates | Description | Offer/Admit |
|---|---|---|---|
| 1-1 | | Substitution for Mallory's employment with CIA and DIA | |
| 1-2 | | Substitution for OIG Report | |
| 2A-1 | US-00031113 - 00031114 | Ralph Stephenson Email chain | |
| ✓ 2A-2 | KPM000001 – 000272 | AT&T Phone Records | R.STEPHENSON 5/30/18; J.DOE 5/30/18 |
| ✓ 2A-3 | CIA-000076-77 R.STEPHENSON 5/30/18 | Ralph Stephenson Email chain (updated) | |

Handwritten annotations on left margin: "ORAL REQUEST → 5/31/18 (A) P.2 BATES #31118"

| | | | |
|---|---|---|---|
| ✓ 2A-4 | R.STEPHENSON 5/30/18 | Verizon Subscriber Information regarding Stephenson (redacted) | |
| 2A-5 | US-00002526 – 00002527 & 2530 | Ralph Stephenson 302 | |
| 2A-6 | | February, 2017 Calendar pulled from calendars24.com | |
| 2B-1 | US-00006165 – 00006174 | Photo of text messages between John Doe and Kevin Mallory | |
| 2B-2 | US-00031117 – 00031121 J.DOE 5/30/18 | Email chain with communications between John Doe and Kevin Mallory | |
| 2B-3 | | Verizon Subscriber Information regarding John Doe (redacted) | |
| 2B-4 | | April, 2017 Calendar pulled from calendars24.com | |
| 2B-5 | US-00002528 – 00002529 | John Doe 302 | |
| ✓ 3A | US-00031554 – 00031831 | May 12th Interview Transcript  S. GREEN 6/1/18 | |
| (A) ✓ 3A-1 | M.DORSEY 5/30/18 | Excerpt from May 12th Interview  S.GREEN 6/1/18 | |
| (A) ✓ 3A-2 (FOR 723) | M.DORSEY 5/30/18 | Excerpt from May 12th Interview | |
| 3A-3 | | Excerpt from May 12th Interview | |
| ✓ 3B-1 | US-00031832 – 00031962 | May 24th Interview Transcript – Part 1  S. GREEN 6/1/18 | |
| ✓ 3B-2 | US-00031963 – 00031979 | May 24th Interview Transcript – Part 2  S. GREEN 6/1/18 | |
| 3B-3 | US-00031980 – 00032008 | May 24th Interview Transcript – Part 3 | |
| 3B-4 | US-00001237 – 00001238 | Consent to Search Samsung Phone signed by Kevin Mallory | |

| | | | |
|---|---|---|---|
| 3B-5 | | Excerpt from May 24th Interview | |
| 3B-6 | | Excerpt from May 24th Interview | |
| ✓3B-7 S.GREEN 6/4/18 ↳GOVT OBJ. SUSTAINED | | Excerpt from May 24th Interview | |
| 3B-8 | | Excerpt from May 24th Interview | |
| ✓ 4 | | PDF of Timeline S.GREEN 6/1/18 | |
| 4A | | Timeline Boards (three total) | |
| 4-1 | US-00006330 | Email from Kevin Mallory on 02/09/2017 | |
| 4-2 | US-00002722 | Email chain between Kevin Mallory and Michael Yang | |
| 4-3 | US-00002760 – 000002763 | United Airlines Confirmation to travel to Shanghai on 03/10/2017 | |
| 4-4 | US-00002764 – 0002768 | United Airlines Flight Information | |
| 4-5 | US-00002773 | Email from Michael Yang to Kevin Mallory with flight information | |
| 4-6 | US-00003995 | Email from Kevin Mallory to Michael Yang on 03/13/2017 with attachments | |
| 4-7 | US-00003996 – 00004004 | Three attachments from 03/13/2017 email | |
| 4-8 | US-00031097 – 000031099 | Calendar entries regarding flight on 04/14/2017 | |
| 4-9 | US-00004087 – 00004091 | FedEx Subpoena Return | |
| 4-10 | US-00031477 | WeChat Id. Chart | |
| 4-11 | US-00001280 | 302 of Kevin Mallory on day of arrest | |
| 5-1 | US-00003206 | Masood Sattar email with Michael Yang | S.GREEN 6/1/18 |
| 5-2 | US-00003209 | Masood Sattar email with Michael Yang | |

5-1 THROUGH 5-6

Ⓐ ✓3B9 (aka GOVT'S 13-39 and 13-39L) ⟶ S.GREEN 6/1/18

| | | | | |
|---|---|---|---|---|
| | 5-3 | US-00003438 | Masood Sattar payment method | S.GREEN 6/1/18 |
| 5-1 THROUGH 5-6 | 5-4 | US-00003457 – 00003458 | Masood Sattar payment | |
| | 5-5 | US-00003517 | Masood Sattar email with Michael Yang | |
| | 5-6 | US-00004005 – 00004007 | Demond Cureton email with Michael Yang | |
| | 5-7 | US-00019552 – 00019558 | Christopher Hodges email with Michael Yang | |
| | 5-8 | US-00019585 – 000019586 | Dennis Boost email with Michael Yang | S.GREEN 6/1/18 |
| | 5-9 | US-00020918 – 00020920 | Dennis Boost email with Michael Yang | |
| 5-8 THROUGH 5-15 | 5-10 | US-00021382 – 00021384 | Dennis Boost email chain with Michael Yang | |
| | 5-11 | US-00019600 | Kimberly Crook email with Michael Yang | |
| | 5-12 | US-00020376 | Kimberly Crook email with Michael Yang | |
| | 5-13 | US-00021092 | Roald Munoz email with Michael Yang | |
| | 5-14 | US-00021373 – 00021378 | Roald Munoz email with Michael Yang attaching research paper | |
| | 5-15 | US-00021387 – 00021393 | Roald Munoz email with Michael Yang attaching report | |
| | 5-16 | US-00032247 – 00032263 | Chats between Michael Yang and Kevin Mallory | |
| | 6-1 | US-00000874 – 00000878 and 00000881 | Photos of closet pre-search | |
| (A) | 6-2 | US-00001129 - 00001133 | Photos of closet post-search | |

M. CAPITANO 5/31/18

| | | | | |
|---|---|---|---|---|
| | 6-3 | US-00001070 – 00001071 | SD card found in dresser in closet | |
| | 6-4 | US-00000268 – 00000269 | 302 regarding processed items seized during execution of search | |
| | 6-5 | US-00000276 – 00000282 | Diagram of Kevin Mallory home | |
| | 6-6 | US-00000312 – 00000317 | Sign-in log of search | |
| ✓ | 6-7 | US-00000318 – 00000321 S.GREEN 6/4/18 | 302 of execution of search | |
| ✓ | 6-8 | US-00000322 – 00000326 S.GREEN 6/4/18 | Search warrant execution log | |
| | 6-9 | US-00001189 – 00001194 | Receipt for property of items seized | |
| | 7-1 | | CBP Incident Report (4-21-17) | |
| | 7-2 | US-00001473 | Customs Declaration | |
| BROUGHT UP BUT NOT SHOWN | 8A-1 | M.LONDREGAN | EO 12958 as amended 2003 | |
| | 8A-2 | | EO 12958 | |
| ✓ | 8A-3 M.LONDREGAN 5/30/18 | | Excerpt A EO 12958 As amended 2003 | |
| | 8A-4 | | EO 13526 | |
| | 8A-5 | | Excerpt A EO 13526 | |
| | 8A-6 | | Excerpt B EO 13526 | |
| | 8A-7 | US-00001289 – 00001291 | Declaration of Director for Operations, DIA | |
| | 8B-1 | | Harry Cooper Jr. Resume | |
| ✓ | 8C-1 H.COOPER 6/6/18 | | 2007 Harvard Seminar Sulick Interview | |
| | 8C-2 | | Book-Studies-59-3-Extracts | |

| | | | |
|---|---|---|---|
| ✓ 8C-3 | H.COOPER 6/6/18 | Director's Statement on New NCS Director — Central Intelligence Agency | |
| 8C-4 | | Head Cyber Statement | |
| 8C-5 | | N.S.A Access to Chinese Servers in NYT | |
| 8C-6 | | Panetta Lessons from Khowst | |
| 8C-7 | | Security Chief Says Computer Attacks Will Be Met - The New York Times | |
| 8C-8 | | U.S. Cyber Defense 'Terrible,' Former NSA Director Says _ Duke Today | |
| 8D-1 | | 005. Glaser and Saunder | |
| 8D-2 | | 010. 2017 Global Go To Think Tank Index Report | |
| 8D-3 | US-00031287 – 00031414 | CNA Corp Report on Think Tanks | |
| ✓ 8D-4 | K.GUNNES 6/5/18 | How We Are Funded_ Major Clients and Grantors of RAND Research _ RAND | |
| 8D-5 | | RAND_Emerging Trends Unmanned Systems | |
| 8D-6 | | RAND_PLA China Rejuvenation | |
| 8D-7 | | RAND_PLA Expeditionary | |
| 8D-8 | | RAND_Weaknesses PLA | |
| 8E-1 | US-00031879 | Excerpt 1 of May 24th Interview of Kevin Mallory | |
| 8E-2 | US-00031959 | Excerpt 2 of May 24th Interview of Kevin Mallory | |
| 8F-1 | US-00032179 – 00032183 | Photos of custom app on Samsung phone | |
| 8F-2 | US-JENCKS-000001 | Custom App information | |

| | | | |
|---|---|---|---|
| 8F-3 | US-00031478 | Custom App flow chart | |
| 8F-4 | US-00032149 | Decrypted WeChat xlog files | |
| 8F-5 | US-00032148 | WeChat User IDs | |
| 8G-1 | | Matthew Whatley CV | |
| 9-1 | | 302 of Edwin Gao | |

Respectfully submitted,
Kevin Mallory

By counsel,

By: _____/s/_____.
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Todd Richman
Va. Bar No. 41834
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
Geremy_Kamens@fd.org

**Δ'S AMENDED LIST**

| | | | | |
|---|---|---|---|---|
| | 8F-3 | US-00031478 | Custom App flow chart | |
| | 8F-4 | US-00032149 | Decrypted WeChat xlog files | |
| | 8F-5 | US-00032148 | WeChat User IDs | |
| | 8G-1 | | Matthew Whatley CV | |
| | 9-1 | | 302 of Edwin Gao | |
| | 10A-1 | | Senate Hrg Testimony, 3-12-2013 | |
| | 10A-2 | | New York Times article, 3-22-2014 | |
| | 10A-3 | | Presidential Policy Directive, 1-17-14 | |
| | 10B-1 | | DCID 7-3, declassified 12-2-16 | |
| | 10B-2 | | Joint Chiefs of Staff Memo, released 3-6-2003 | |
| (A) ✓ | 10C-1 | H.COOPER 6/6/18 | 10 U.S.C. § 431 (effective since 12-12-2017) | |
| (A) | 10C-2 | H.COOPER 6/6/18 | 10 U.S.C. § 431 (effective (12-19-14 through 12-11-2017) | |
| (A) ✓ | 10C-3 | H.COOPER 6/6/18 | Fax from CIA/legislative affairs, declassified 06-03-2014 | |
| (A) | 10C-4 | H.COOPER 6/6/18 | DIA Memo to CIA, declassified 10-22-2012 | |
| | 10C-5 | | P.L.. 102-88, Intelligence Authorization Act of 1991 | |
| (A) ✓ | 10C-6 | H.COOPER 6/6/18 | 50 U.S.C. § 3523 | |
| (A) | 10C-7 | H.COOPER 6/6/18 | CIA Non-official Cover Report, declassified 11-13-2006 | |
| (A) ✓ | 10C-8 | H.COOPER 6/6/18 | CIA Cable, declassified 08-31-2001 | |
| (A) ✓ | 10C-9 | H.COOPER 6/6/18 | CIA Memo, declassified 06-14-2000 | |
| (A) | 10C-10 | H.COOPER 6/6/18 | CIA letter, declassified 03-23-2001 | |
| (A) ✓ | 10C-11 | H.COOPER 6/6/18 | CIA Memo, declassified on 11-06-2003 | |

| | | | | |
|---|---|---|---|---|
| (A) ✓ | 10C-12 | H.COOPER 6/6/18 | CIA Memo, declassified on 07-05-2011 | |
| | 10C-13 | | Printout from DIA website | |
| | 10C-14 | | DOD Classification Guide (1999) | |
| (A) ✓ | 10C-15 | H.COOPER 6/6/18 | CIA Memo, declassified on 08-15-2000 | |
| (A) ✓ | 10D-1 | H.M.HIGGINS 6/5/18 | DNI Worldwide Threat Assessment (2016) | |
| (A) ✓ | 10D-2 | H.M.HIGGINS 6/5/18 | 2017 Annual Report to Congress, U.S.-China Economic and Security Review Commission | |
| (A) ✓ | 10D-3 | H.M. HIGGINS 6/5/18 | Annual Report to Congress, Military and Security Developments Involving the People's Republic of China 2017 (Office of the Secretary of Defense) | |
| P. 11, 13, 28 ONLY (A) ✓ | 10D-4 | H.N. HIGGINS 6/5/18 | DNI Worldwide Threat Assessment (2018) | |
| (A) | 10D-5 | H.M. HIGGINS 6/5/18 | Classified Report to Congress, declassified on 05-08-2003 | |

Respectfully submitted,
Kevin Mallory

By counsel,

By: _____/s/_____.
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Todd Richman
Va. Bar No. 41834
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
Geremy_Kamens@fd.org