

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:17-CR-00154-TSE-1 |
| ) | |
| KEVIN PATRICK MALLORY ) | |
| ) | |
| Defendant. ) | |

**TRIAL EXHIBIT CERTIFICATE OF REVIEW**

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

By: _____
Counsel for Government
John T. Gibbs, Esq.
Colleen E. Garcia, Esq.
Jennifer K. Gellie, Esq.

6/7/2018   3:01 P.M.
Date & Time

By: _____
Counsel for Defendant
Geremy C. Kamens, Esq.
Todd M. Richman, Esq.

6/7/18   3:01 PM
Date & Time

Alexandria, Virginia
June 7TH, 2018