FILED
IN OPEN COURT

JUN − 8 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-CR-00154 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | |
| Defendant | ) | |

## **VERDICT FORM**

### **Count One**

(Conspiracy to Gather or Deliver Defense Information to Aid a Foreign Government)

We, the jury, unanimously find the defendant, KEVIN PATRICK MALLORY,

_____Guilty_____ as charged in Count One of the Indictment.

**(Not Guilty or Guilty)**

REDACTED

### **Count Two**

(Delivering Defense Information to Aid a Foreign Government)

We, the jury, unanimously find the defendant, KEVIN PATRICK MALLORY,

_____Guilty_____ as charged in Count Two of the Indictment.

**(Not Guilty or Guilty)**

REDACTED

## Count Three

(Attempted Delivery of Defense Information to Aid a Foreign Government)

We, the jury, unanimously find the defendant, KEVIN PATRICK MALLORY,

_____Guilty_____ as charged in Count Three of the Indictment.

**(Not Guilty or Guilty)**

REDACTED

## Count Four

(Material False Statements)

We, the jury, unanimously find the defendant, KEVIN PATRICK MALLORY,

_____Guilty_____ as charged in Count Four of the Indictment.

**(Not Guilty or Guilty)**

REDACTED

So, Say We All, this 8th day of June, 2018.



REDACTED