# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:17-CR-00154 (TSE) |
| ) | |
| KEVIN PATRICK MALLORY, ) | |
| ) | |
| Defendant ) | |

### DECLARATION OF ROBERT J. AMBROSE

I, Robert J. Ambrose, hereby declare:

1. I am an employee of the Defense Intelligence Agency ("DIA").

2. Between approximately 2008 and 2010, I worked in the same DIA division as Kevin Patrick Mallory and worked up Mr. Mallory's supervisory chain of command.

3. In or about 2010, while Mr. Mallory was on administrative leave for performance-related issues, a colleague notified me that he believed a cleared intelligence contractor had presented classified information about a DIA operation during a pitch meeting. Based on the information provided by my colleague, the information aligned with a proposed DIA operation in the People's Republic of China ("PRC") using human assets. To protect those assets' safety I understand that they have been given the pseudonym "Johnson" for purposes of this prosecution.

4. I reported the potential unauthorized disclosure of classified information regarding the Johnsons up my chain of command. My report resulted in an investigation into the unauthorized disclosure by DIA's Office of the Inspector General ("OIG").

5. I am also familiar with and have reviewed what have been referred to as Documents Numbers 1 and 2 during the prosecution of Mr. Mallory. Both documents pertain to a separate proposed DIA human intelligence operation, which also involved the Johnsons.

6. During his time at DIA, Kevin Mallory was one of two DIA points of contact or "handlers" for the Johnsons.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September 2018.

Robert J. Ambrose
GG-15
Defense Intelligence Agency