# EXHIBIT C

2010-006206-OI

# AFFIDAVIT

STATE OF:            )
                     ) ss:
CITY OF: Washington, DC)

███ I, Kevin P. Mallory, being duly sworn, hereby make the following affidavit to ███ ███ who identified herself to me as a Special Agent (SA) with the Office of the Inspector General, Defense Intelligence Agency (DIA), Washington, DC.

███ I have been advised that this interview is voluntary and that I am free to terminate the interview, stop answering questions, and leave at anytime. Additionally, you will have limited access solely for conducting this investigation. Such access does not convey a renewed determination of trust in you by the Government, nor will the fact of such limited access, by itself, mitigate any security concerns resulting from such alleged misconduct. Is this understood?
███ Yes

███ Q: Are you willing to answer questions regarding allegations that you divulged classified information to non-cleared civilians while employed with ███████████████
KPM ( ███ A: Yes

KPM ███ Q: What is your pay band and position at DIA?
       A ███

KPM ███ Q: You were placed on administrative leave in July 2009, why?
       ███ : At odds with DET ███ Chief related to need and method to work th███ ███.

KPM ███ Q: When placed on administrative leave, were you debriefed? If so by whom and when?
       A: Yes ███████ (as I was told she is now retired from DIA) from Employees Relations (HR related office).

KPM ███ Q: What were you told were you responsibilities concerning security matters?
       A: I signed a paper that reminded me of my duty to safeguard classified information.

INITIALS OF PERSON MAKING STATEMENT: KPM          PAGE 1 OF 5 PAGES

GOVERNMENT
EXHIBIT
1-16
1:17-cr-154

2010-006206-OI

Kevin P. Mallory

Q: What is your understanding of what can be divulged about the type of work you do for DIA?

KPM A: I have no specific DIA provided direction on this matter. But as a matter of personal operational security, I do not acknowledge that I work at DIA to any non-US citizen, nor to other persons of whom I do not have a clear understanding of who they are excepting some friends, i.e. some of my cleared military colleagues know I work at DIA.

Q: What did you work on prior to going on administrative leave at Det ▓? Had you developed assets?

KPM A: I was the Team Chief of a group of ▓ officers that ▓. As a member of the Team I too was responsible to find and develop ▓. I indeed pursued leads ▓ and worked to move them to becoming "▓".

Q: When was the last time you talked to them and why?

KPM A: I have not talked to an ▓ since I was placed on administrative leave in July 2009. I do not recollect when I last talked to an ▓ prior to July 2009. I was on military leave up until circa 13 July 2009). Accordingly, my last contact with an ▓ would have been in June or earlier this past year.

Q: When were you employed by ▓?

KPM A: I was not employed by ▓, rather from my vantage point I was consulting with them on IC business development. A regularized relationship began circa early Jan 2010 and ending circa late mid summer 2010.

Q: What were your duties and responsibilities?

KPM A: Provide general concepts that could be pursued by ▓ to gain business footholds in the IC.

Q: Who was your supervisor?

KPM A: ▓

Q: Did you tell ▓ supervisor (or anyone at ▓) that you were still employed at DIA, but on administrative leave?

KPM A: No.

Q: During a meeting at ▓, do you recall discussing an operation you proposed to DIA regarding utilizing ▓ to ▓?

KPM A: No. I have discussed this issue in detail with the Interviewing Agent ▓.

INITIALS OF PERSON MAKING STATEMENT: KPM     PAGE 2 OF 5 PAGES

2010-006206-OI

Kevin P. Mallory

███ I have no assets present or past that are involved in ███████. As ███████ is a viable target I most likely would have included it in an over-arching discussion of potential general interests to the IC. But, also included would have been ███████, and several other area of potential IC interest.

Q: What did you say during the meeting?
A: I had several business development meeting with ███. I am unsure of which meeting you are referring to. Nevertheless, as relayed this date to OIG Agent ███████, all and any discussion with ███ regarding IC business development was conceptual in nature in terms of potential.

Q: Who was present at the meeting?
A: Some of the meetings were with ███████ and some with ███████. I also met at least once with both men present to discuss IC business development.

Q: Have you contacted the ███ assets you worked with targeting ███████, since being placed on administrative leave (July 2009)? If so, when and what did you say to them? Why?
A: I have not been in contact with ANY assets since I was placed on administrative leave in July 2010.

Q: Did you relay this information to Mr. ███████, President and Chief Executive Officer, ABSC, and Mr. ███████ Chief, Intelligence Operations Division ███? When, Why?
A: No. I have had no contact with any assets since being placed on leave. Nevertheless, it appears to me that Mr. ███ embellished upon the concept of targeting ███ person of interest through leadership development training courses.

Q: Did you give anyone else this information?
A: No. I never said I had contact with any prior ███.

Q: What was your perception of this information you told them?
A: General business concepts with IC potential interest.

Q: Did you think this was classified information?
A: No.

Q: Did you ask anyone's permission to divulge this information?
A: No; I did not divulge any classified information.

INITIALS OF PERSON MAKING STATEMENT: KPM            PAGE 3 OF 5 PAGES

2010-006206-OI

Kevin P. Mallory

(█) Q: Did you think Mr. █ or Mr. █ was cleared to receive such information?
KPM (█) A: They both had TS clearances as I understood it.

(█) Q: When did you leave employment at █? Why?
KPM (█) A: A regularized relationship began circa early Jan 2010 and ending circa late mid summer 2010. I am unsure of the exact date I met with them at their Office. Nevertheless, we agreed to go our separate ways. They wanted me to take position as an analyst in Afghanistan. I did not want to pursue this course.

(█) Q: Did they tell you they would be briefing this information to the █?
KPM (█) A: If you are referring to █ briefing regarding an alleged █ into █ no. As I would have told him there was no direct business development lead that I was aware of that could be pursued.

(█) Q: What is your present status at DIA?
KPM (█) A: I am on Administrative leave.

(█) Q: Do you have anything to add to your affidavit?
KPM (█) A: No

////////////////////////////////////////END OF STATEMENT////////////////////////////////////////

KPM (█) I understand that this is an official Inspector General investigation, and that I have been requested not to discuss the contents of my sworn affidavit and/or interview with anyone without the approval of the IG or his representative.

KPM (█) I have read the foregoing affidavit consisting of _5_ pages. I fully understand this affidavit and it is true and complete to the best of my knowledge and belief. I have initialed all the corrections and placed my initials at the bottom of each page.

KPM (█) I made this affidavit freely and voluntarily, without any threats or rewards, or promises of reward having been made to me in return for it.

INITIALS OF PERSON MAKING STATEMENT: _KPM_          PAGE 4 OF 5 PAGES

2010-006206-OI

Kevin P. Mallory

*[signature: Kevin P. Mallory]*
Affiant:

1430 hrs  24 Sept 2010
Time/Date:

Subscribed and sworn to before me this 24th day of September 2010, at the Office of the Inspector General, Defense Intelligence Agency, Bolling Air Force Base, Washington, DC.

Special Agent: ▬▬▬▬▬▬▬▬

INITIALS OF PERSON MAKING STATEMENT: *KPM*   PAGE 5 OF 5 PAGES