# EXHIBIT F

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

FILED APR - 7 2003 U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.                                                                Case Number 1:01CR00405-001

**BRIAN PATRICK REGAN**

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, BRIAN PATRICK REGAN, was represented by Nina Ginsberg, Jonathan Shapiro, Joseph McCarthy and James Clark, Esquires.

The defendant has been found not guilty on count(s) 2, and is discharged as to such count(s).

The defendant was found guilty on count(s) 1, 3, and 4 by a jury after a plea of not guilty. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:794(a) | Attempted espionage (Iraq) (Felony) | August 23, 2001 | 1 |
| 18:794(a) | Attempted espionage (People's Republic of China) (Felony) | August 23, 2001 | 3 |
| 18:793(b) | Obtain information respecting the national defense with intent to cause injury to the US and advantage a foreign country (Felony) | August 23, 2001 | 4 |

As pronounced on March 20, 2003, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 7th day of April 2003

Gerald Bruce Lee
United States District Judge

A TRUE COPY, TEST:
CLERK, U.S. DISTRICT COURT

BY _____ DEPUTY CLERK

Defendant's SSN
Defendant's Date of Birth:
Defendant's Mailing Address:
Defendant's Residence Address: Same

324

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 2 - Imprisonment

Judgment--Page 2 of 3

Defendant: BRIAN PATRICK REGAN
Case Number: 1:01CR00405-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of LIFE.

The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation to a facility as close to family as practicable, subject to the restrictions of the Special Administrative Measures (SAMs) applicable at the time in compliance with the Sentencing Agreement signed by all counsel and indorsed by the Court

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.
   U.S.Coll.
   Dft. Cnsl.
   PTS
   Financial
   Registrar
   ob

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 5 - Financial Penalties

Judgment--Page 3 of 3

Defendant: BRIAN PATRICK REGAN
Case Number: 1:01CR00405-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|---|---|---|
| 1 | $100.00 | |
| 3 | $100.00 | |
| 4 | $100.00 | |
| Total | $300.00 | |

### FINE

No fines have been imposed in this case.

### SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately. If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 7 - Statement of Reasons

Judgment--Page 1 of 1

Defendant: BRIAN PATRICK REGAN
Case Number: 1:01CR00405-001

## STATEMENT OF REASONS
(Not for Public Disclosure)

[X]   The court adopts the factual findings and guideline application in the Sentencing Agreement signed by all counsel and adopted by the Court.

OR

[ ]   The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary).

**Guideline Range Determined by the Court:**

Total Offense Level: __46__

Criminal History Category: __I__

Imprisonment Range: __life__ In compliance with the Sentencing Agreement.

Supervised Release Range: _____ to _____ years

Fine Range: $_____ to $_____

[X] Fine waived or below the guideline range because of inability to pay.

Restitution: $_____

[ ] Full restitution is not ordered for the following reason(s):

[ ]   The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[X]   The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):
The sentence meets the need for punishment and deterrence in this case and is in compliance with the Sentencing Agreement signed by all counsel and entered and filed in open court.

OR

[ ]   The sentence departs from the guideline range.

[ ] upon motion of the government, as a result of defendant's substantial assistance.

[ ] for the following reason(s):