**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:17-cr-254 (TSE) |
| ) | |
| KEVIN PATRICK MALLORY, ) | Sentencing: April 4, 2019 |
| ) | |
| *Defendant* ) | |

**DEFENDANT'S SECOND SUPPLEMENTAL
MEMORANDUM IN AID OF SENTENCING**

Defendant Kevin Patrick Mallory, through counsel, hereby submits this brief supplement to Defendant's Position on Sentencing (doc. 231) and Defendant's Supplemental Memorandum in Aid of Sentencing (doc. 235). Specifically, defendant submits this Memorandum to bring to the Court's attention an analogous case, *United States v. Ron Rockwell Hansen,* (D. Ut., No. 1:18-cr-0057), which resulted in a plea agreement filed on March 15, 2019. The Plea Agreement in *Hansen*, attached as Exh. A, reveals that Mr. Hansen pleaded guilty to a single count (of a 15 count Indictment) charging him with attempted espionage in violation of 18 U.S.C. § 794(a), and that both parties agreed to recommend a 180-month sentence (pursuant to Fed. R. Crim. P. 11(c)(1)(C)). *See* Exh. A at 1-2, 5.

As with the cases Mr. Mallory previously identified in support of his sentencing request, the point is not to argue that any two cases are identical, but to identify cases that are sufficiently similar to provide useful data points in determining an appropriate sentence. Like the other cases cited in the Position on Sentencing, there are distinctions between the cases. Mr. Hansen, for example, pleaded guilty, while Mr. Mallory exercised his right to trial. On the other hand, Mr. Hansen – a former DIA case officer – engaged in a four-year relationship with Chinese

intelligence, as opposed to the three-month relationship at issue in this case. Mr. Hansen also gathered and attempted to transmit current intelligence on matters specifically requested by the Chinese, unlike the nearly decade-old material that Mr. Mallory tried to convince the Chinese was of any value to them. Indeed, Mr. Hansen also attempted to recruit a current DIA case officer to provide intelligence to the Chinese, and instructed that officer on surreptitiously recording and transmitting classified information as well as how to launder funds received as payment. Finally, the relative value of the information at issue in the two cases is reflected by Mr. Hansen's receipt of $800,000 from the Chinese, nearly 30 times what Mr. Mallory was provided.[1] In sum, while Mr. Hansen is entitled to credit for accepting responsibility, his offense is in other ways far more aggravated than Mr. Mallory's. While the type of conduct at issue in the two cases is factually similar, the quantum of conduct engaged in by Mr. Hansen is greater by orders of magnitude.

Again, while no two cases are identical, the fact that the government agreed to a 180-month sentence for Mr. Hansen supports Mr. Mallory's request for a sentence of no greater than 120 months on the facts presented here. And the government's agreement in *Hansen* evidences the disproportionality of its request that Mr. Mallory be imprisoned for the remainder of his life.

---

[1] Mr. Hansen's stipulation of facts in support of his plea refers to accepting "hundreds of thousands of dollars in compensation for information" provided to Chinese intelligence. *See* Exh. A at 3-4. Separately, the Department of Justice has confirmed in a press release about the offense that Mr. Hansen received "not less than $800,000 in funds originating from China" over a five year period. *See Former Defense Intelligence Officer Arrested for Attempted Espionage*, available at https://www.justice.gov/opa/pr/former-defense-intelligence-officer-arrested-attempted-espionage.

Dated: March 29, 2019                     Respectfully submitted,

                                          KEVIN PATRICK MALLORY

                                          By Counsel,

                                          By: _____/s/_____
                                          Geremy C. Kamens
                                          Va. Bar. No. 41596
                                          Todd Richman
                                          Va. Bar No. 41834
                                          Office of the Federal Public Defender
                                          Attorneys for Mr. Mallory
                                          1650 King Street, Suite 500
                                          Alexandria, VA 22314
                                          (703) 600-0848 (T)
                                          (703) 600-0880 (F)
                                          Geremy_Kamens@fd.org

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

John T. Gibbs, Esq.
Colleen E. Garcia, Esq.
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA 22314

Jennifer K. Gellie, Esq.
Trial Attorney
United States Department of Justice
600 E. St., NW
Washington, DC 20004

    /s/
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Attorney for Mr. Mallory
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0848 (T)
(703) 600-0880 (F)
Geremy_Kamens@fd.org