# EXHIBIT 2

U.S. v. Mallory

729

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
2                   ALEXANDRIA DIVISION

3     ------------------------------x
                                    :
4     UNITED STATES OF AMERICA,     : Criminal Action Number
                                    : 1:17-CR-154
5              versus               :
                                    : June 4, 2018
6     KEVIN PATRICK MALLORY,        :
                                    :
7              Defendant.           : Volume IV of VIII
      ------------------------------x
8
              The above-entitled Jury Trial was continued
9     before the Honorable Judge Ellis, United States District
      Judge.
10                      A P P E A R A N C E S

11    FOR THE GOVERNMENT:

12              UNITED STATES ATTORNEY'S OFFICE
                John T. Gibbs, Esquire
13              Colleen E. Garcia, Esquire
                Jennifer K. Gellie, Esquire
14              US Attorney's Office
                2100 Jamieson Avenue
15              Alexandria, VA 22314

16    FOR THE DEFENDANT:

17              OFFICE OF THE FEDERAL PUBLIC DEFENDER
                Geremy C. Kamens, Esquire
18              Todd Richman, Esquire
                1650 King St
19              Suite 500
                Alexandria, VA 22314
20
      OFFICIAL UNITED STATES COURT REPORTER:
21
                MS. TONIA M. HARRIS, RPR
22              United States District Court
                401 Courthouse Square
23              Ninth Floor
                Alexandria, VA 22314
24              703-646-1438

25

                              Tonia M. Harris OCR-USDC/EDVA 703-646-1438

```
                         ─U.S. v. Mallory─
                                                                730
 1                        TABLE OF CONTENTS
                               TRIAL
 2                            WITNESSES

 3   On behalf of the Government:

 4   Agent Stephen Green (Cont'd)

 5         Cross-examination by Mr. Kamens.............. 737
           Redirect examination by Mr. Gibbs............ 761
 6
     Nancy Morgan
 7
           Direct examination by Ms. Gellie............. 780
 8         Cross-examination by Mr. Richman............. 820
           Redirect examination by Ms. Gellie........... 840
 9         Recross-examination by Mr. Richman........... 842

10   Robert Ambrose

11         Direct examination by Mr. Gibbs.............. 845

12                             EXHIBITS

13   On behalf of the Government:
                                                           Admitted
14
     Number 14-2................................................ 784
15
                              MISCELLANY
16   Preliminary matters........................................ 731
     Certificate of Court Reporter.............................. 853
17

18

19

20

21

22

23

24

25

                              ─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─
                    EASTERN DISTRICT OF VIRGINIA
```

```
                      ──U.S. v. Mallory──
N. Morgan - Direct                                    800
```

1  Q.   This is the -- under the last bolded heading at the
2  bottom.
3  A.   Okay.
4  Q.   At line 23?
5  A.   Thank you.
6  Q.   There is one word that has some black underlining under
7  it.  Did you add that, Ms. Morgan?
8  A.   No, I did not.
9           THE COURT:  Just a moment.  Let me -- I have not yet
10 found that.
11          MS. GELLIE:  Certainly, Your Honor.
12          THE COURT:  Oh, I see it.  Yes, it's -- the
13 underlining is by hand?
14          THE WITNESS:  Correct.
15          THE COURT:  Next question.
16          MR. KAMENS:  Thank you, Your Honor.
17 BY MS. GELLIE:
18 Q.   And underneath there's a bullet point at line 26 with the
19 word in all capital letters.  What does that word represent?
20 A.   So that word is something we call a cryptonym.  It's a
21 word we use to disguise the actual name or hide the name of
22 the actual asset or source that we are working with to help
23 protect their identity.  We also use cryptonyms for things
24 like locations or the name of an activity to safeguard the
25 most sensitive information.

```
                         Tonia M. Harris OCR-USDC/EDVA 703-646-1438
```

EASTERN DISTRICT OF VIRGINIA

```
                          U.S. v. Mallory
   N. Morgan - Direct                                        801
```

1  Q.    And what, if any, risk arises from the unauthorized
2  disclosure of information in the bullet at line 26?
3  A.    So in this case this means that source or that asset
4  could be at risk of harm to them, their family, and their
5  associates.  That means in this country that would identify
6  that they're working with our agency.
7  Q.    Do you consider this intelligence information to relate
8  to the national defense?
9  A.    Yes, I do.
10  Q.    Why?
11  A.    Because it relates to the specific intelligence sources
12  and methods and particular risks of threats to our country and
13  our Homeland Security.
14  Q.    Are there any specific risks to the United States should
15  a foreign adversary gain access to this information?
16  A.    Yes.
17  Q.    What are those risks?
18  A.    They learn about our capabilities, they learn about our
19  intentions and our interests.  And that means that country
20  could then consider countermeasures or ways to stop making
21  that information available to us.
22  Q.    Are the examples you just discussed in this document the
23  only classified portions of this document?
24  A.    No.
25  Q.    And did you determine any information in this document