**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cr-254 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | Sentencing: April 26, 2019 |
| | ) | |
| *Defendant* | ) | |

## DEFENDANT'S NOTICE OF POSITION REGARDING
## SEALING OF TRANSCRIPT OF APRIL 4, 2019 HEARING

Defendant Kevin Patrick Mallory, through counsel, hereby submits this Notice in response to this Court's Order dated April 5, 2019 (doc. 255) to advise the Court that the defense does not believe that the transcript of the April 4, 2019 hearing contains classified information or should otherwise remain sealed.

Dated:  April 11, 2019                    Respectfully submitted,

                                          KEVIN PATRICK MALLORY

                                          By Counsel,


                                          By: _____/s/_____
                                          Geremy  C. Kamens
                                          Va. Bar. No. 41596
                                          Todd Richman
                                          Va. Bar No. 41834
                                          Office of the Federal Public Defender
                                          Attorneys for Mr. Mallory
                                          1650 King Street, Suite 500
                                          Alexandria, VA 22314
                                          (703) 600-0848 (T)
                                          (703) 600-0880 (F)
                                          Geremy_Kamens@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

John T. Gibbs, Esq.
Colleen E. Garcia, Esq.
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA  22314

Jennifer K. Gellie, Esq.
Trial Attorney
United States Department of Justice
600 E. St., NW
Washington, DC  20004

_____/s/_____
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Attorney for Mr. Mallory
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0848 (T)
(703) 600-0880 (F)
Geremy_Kamens@fd.org
