# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-CR-00154 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S NOTICE OF POSITION REGARDING
SEALING OF APRIL 4, 2019 HEARING TRANSCRIPT**

COMES NOW the United States and hereby submits this Notice, in response to this Court's April 5, 2019 Order (Dkt. 255), to advise the Court of its position that the April 4, 2019 hearing transcript need not be maintained under seal. The government has consulted with the affected government agency and confirmed that the agency does not believe classified information was revealed during the April 4, 2019 hearing.

Dated April 12, 2019

                                                                              Respectfully submitted,

                                                                              G. Zachary Terwilliger
                                                                              United States Attorney

                          By:     /s/ Jennifer K. Gellie
                                             JENNIFER KENNEDY GELLIE
                                             Trial Attorney
                                             National Security Division
                                             United States Department of Justice
                                             950 Pennsylvania Ave., NW
                                             Washington, D.C. 20530
                                             Tel.: (202) 233-0785
                                             Fax: (202) 233-2146
                                             Jennifer.Gellie@usdoj.gov

                                             JOHN T. GIBBS
                                             Assistant United States Attorneys

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
John.Gibbs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused an electronic copy of the *GOVERNMENT'S NOTICE OF POSITION REGARDING SEALING OF APRIL 4, 2019 HEARING TRANSCRIPT* to be served via ECF upon counsel for Defendant Kevin Patrick Mallory.

By:         /s/
Jennifer Kennedy Gellie
DC Bar No. 1020976
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel.: (202) 233-0785
Fax: (202) 233-2146
Jennifer.Gellie@usdoj.gov