IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17cr154 |
| | ) | |
| KEVIN PATRICK MALLORY | ) | |

### ORDER

To accommodate the Court's calendar and to allow for sufficient preparation for defendant's sentencing hearing,

It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 26, 2019 at 1:00 p.m. is cancelled and that defendant's sentencing hearing is rescheduled for <u>Friday, May 17, 2019 at 1:00 p.m.</u>

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
April 23, 2019

/s/
T. S. Ellis, III
United States District Judge