# Exhibit A

Kevin Patrick Mallory
Securus Call Recorded June 24, 2017

Speakers

Mallory:       Kevin Patrick Mallory
Jeremiah:      Jeremiah Mallory
Nan-Hua:       Mariah Nan-Hua Mallory
M█████:        M█████ █████

RECORDED VOICE:  [2:15] Telecommunications services provided by Securus Technologies. For more information on products and services visit www.securustech.net.  Calls are subject to recording and may be monitored. You may start your conversation now.

| | |
|---|---|
| MALLORY: | Hello? |
| JEREMIAH: | Hello? |
| MALLORY: | Hello? |
| JEREMIAH: | Hello? |
| MALLORY: | Okay, did the regular home phone ring? |
| JEREMIAH: | Yes it did but it still costs money. |
| MALLORY: | Oh really? How much? Or did they tell you? |
| JEREMIAH: | It's the same. $14 for transaction, $1 for, I mean $13 for transaction, $1 for the call. |
| MALLORY: | Oh man. |
| JEREMIAH: | And it's gonna be like that every time. |
| MALLORY: | Okay, because they told me local was, was free, but obviously it's not, okay, so… |
| JEREMIAH: | That's not true. |
| MALLORY: | Back in my bedroom, that means I need to stop calling you guys, huh? It's costing us too much money. Well let me ask you. |
| JEREMIAH: | That's s okay. |
| MALLORY: | Well let me let you some, you guys tell me, once a day, once a week, once a… |
| JEREMIAH: | We're, we're, we're in your room right now. |
| MALLORY: | Okay, okay, so this small piece of paper is about, is folded up, it's about, probably when folded  about the size of your thumb. |
| JEREMIAH: | Okay. |
| MALLORY: | So, look in that drawer first, the one that has all that gobbly-gook junk in it. |
| JEREMIAH: | Right. I might have to also check what they took because, um, I, I, I haven't, I, I, you, can't, can't, I don't see it. |
| MALLORY: | Okay, have mom go down and get the piece of paper of what they took while you look. |
| JEREMIAH: | Alright. |

1

GOVERNMENT
EXHIBIT
**11-2T**
1:17-cr-154

| | |
|---|---|
| MALLORY: | And bring it up to you. You keep looking though. |
| JEREMIAH: | Alright, mom, mom's looking. |
| MALLORY: | She's looking, you're going to go down and get the, leave the phone… |
| JEREMIAH: | Yeah… |
| MALLORY: | …with her then, leave the phone with her. |
| JEREMIAH: | Oh, okay, I'll do that. I'll check <foot steps/unintelligible> |
| | |
| *MALLORY:* | *Nanhua, And, is the younger sister back?* |
| JEREMIAH: | Mama, I'm leaving the phone with you. Okay? |
| *MALLORY:* | *Is the younger sister back?* |
| *NAN-HUA:* | *The younger sister is back. She is sleeping. Right, right. She's already back, and she's back in the morning.* |
| *MALLORY:* | *Then I have a chance to talk with her.* |
| *NAN-HUA:* | *Yes, right. No problem. She is fine.* |
| *MALLORY:* | *So, does the cleaning girl come?* |
| *NAN-HUA:* | *Right, the cleaning girl came. She is helping me, organizing the stuff.* |
| *MALLORY:* | *Regarding the 4th, next Thursday.* |
| *NAN-HUA:* | *Go ahead.* |
| *MALLORY:* | *No matter if that person wrote the letter or not, the more people, the better.* |
| *NAN-HUA:* | *Right. The more, the better. We are stilling looking for people.* |
| *MALLORY:* | *Right, right, right. No matter who, it doesn't matter if they are Keily's two kids, Abo and (unclear). They must dress better, and don't dress in the inappropriate way.* |
| *NAN-HUA:* | *Right, right, right. Will let them know.* |
| *MALLORY:* | *Can't be late.* |
| *NAN-HUA:* | *Must be there early. We, I am thinking I have to tell them the time is 1:30, not 2:00.* |
| *MALLORY:* | *Maybe the brother needs to give them the address/location. I don't know about it.* |
| *NAN-HUA:* | *Yes,yes,yes. We already wrote it down. We know.* |
| *MALLORY:* | *The more letters, if you get them, how to give them to him? Did he tell you how to give the letters to him?* |
| *NAN-HUA:* | *Er..that… Son said it should be done via email, or sort of. There are two more methods. He said he would use two methods.* |
| *MALLORY:* | *Do they require the signature? Or no longer needed?* |
| *NAN-HUA:* | *Son, does that letter require a signature?* |
| NAN-HUA: | The letter they sent, do they need to sign? |
| JEREMIAH: | No. |
| NAN-HUA: | No, the, the recommend, the recommend, like letter? |
| JEREMIAH: | Uhhh, I don't think so, no why? |
| *NAN-HUA:* | *He says no need to.* |
| MALLORY: | Okay…there you go… |
| *MALLORY:* | *I need to give him other..* |
| *NAN-HUA:* | *I'll go get it. I'll go get it.* |

2

| | |
|---|---|
| MALLORY: | So on the list. |
| JEREMIAH: | Yeah.. |
| MALLORY: | On the list |
| JEREMIAH: | Mom put it somewhere that's why I couldn't find it. She's getting it. |
| MALLORY: | Come on, we're going to run out of time here and they're going to kick me off. Um, alright. Okay, so you're, you're in there looking around, right? |
| JEREMIAH: | Uh-huh |
| MALLORY: | Is it all organized back, I mean in other words? |
| JEREMIAH: | Well, it's, it's, it's, put together, it isn't organized. |
| MALLORY: | Well that doesn't matter, I mean it's all back in the drawer. So my thought is, it's not on the floor anywhere right? |
| JEREMIAH: | No. |
| MALLORY: | Did they dump it in a drawer or anything like that? |
| JEREMIAH: | I'm looking. |
| MALLORY: | <unintelligible> drawer <unintelligible> |
| JEREMIAH: | Kind of looks like my room, so. |
| MALLORY: | I'm just saying, did they take that, that little, you know what drawer I'm talking about, right? That little kinda… |
| JEREMIAH: | Yes, I am. |
| MALLORY: | Little cubey, cubby thing. |
| JEREMIAH: | Yeah, it's open. |
| MALLORY: | Okay, did they dump that like with my garments or anything and then… |
| JEREMIAH: | Uhhhh,  they just, they left, they left it in there. Umm. |
| NAN-HUA: | I put it back, everything… |
| JEREMIAH: | Okay. |
| NAN-HUA: | … everything is empty, and I just… |
| JEREMIAH: | She just put everything back, so… |
| MALLORY: | Okay, so… |
| JEREMIAH: | Umm. |
| MALLORY: | She got the pink sheet? |
| JEREMIAH: | Yes I have it. |
| MALLORY: | Okay, is it a ton of stuff on there or not? |
| JEREMIAH: | Yes, about 2, 2, 3 pieces of paper or 4 pieces of paper. |
| MALLORY: | Okay, so what we're looking for is something that's not gonna be, um, uh… |
| *MALLORY:* | *Nan-Hua?* |
| *NAN-HUA:* | *I am here.* |
| *MALLORY:* | *Okay, you listen, because I don't want to say it in English.* |
| *NAN-HUA:* | *I am listening.* |
| *MALLORY:* | *But they know it too, they will figure it out soon. Alright, there is a small thing put in the telephone card. I say it again. I don't want to repeat it.* |
| *NAN-HUA:* | *Never mind. I know. You say, and I won't repeat it.* |
| *MALLORY:* | *Look at that sheet.* |
| *NAN-HUA:* | *We know.* |
| MALLORY: | Right, so, Jeremiah, let mom tell you, don't say it on the phone, and then look, on the sheet… |

3

| | |
|---|---|
| JEREMIAH: | Okay, one second. |
| MALLORY: | While you guys are doing that maybe someone can go get, uh, Mom you can get M▓▓▓ or something. |
| JEREMIAH: | One second. |
| MALLORY: | Okay. |
| JEREMIAH: | Want me to get M▓▓▓? |
| MALLORY: | Yeah, yeah, while you guys are looking on the sheet. |
| JEREMIAH: | Okay. |
| MALLORY: | Alright, so, so, we can talk to M▓▓▓. |
| JEREMIAH: | And then, and then give you to M▓▓▓. |
| MALLORY: | Yeah I'd like to talk to M▓▓▓ but… |
| JEREMIAH: | Yeah. |
| MALLORY: | Be around looking on the sheet while she is doing that. While were sitting on her bed or something like that. Just take the phone over to her, or bring her in, or whatever you gotta do. |
| JEREMIAH: | M▓▓▓ come here, M▓▓▓ <unintelligible> |
| MALLORY: | Hello M▓▓▓. |
| M▓▓▓: | Hi. |
| MALLORY: | Can you come closer, I can't hear you sweatheart. |
| M▓▓▓: | I'm right here, sorry. |
| MALLORY: | I love you, I don't want you to be upset, or, I can't do anything about this right now, um. |
| M▓▓▓: | Yeah. |
| MALLORY: | I have uh, I have, you know I don't have my glasses so I really can't see. They don't give me a pen until just today. |
| M▓▓▓: | Uh huh. |
| MALLORY: | And I can't write down a lot of things I'm thinking about the situation but… |
| M▓▓▓: | Mm, hmm. |
| MALLORY: | …I have thought about it a lot and I think I might know what the solution is because I know what happened, uh… |
| M▓▓▓: | Uh huh. |
| MALLORY: | Your mom knows I've been all up front with all this kind of stuff with um, uh, with, with the Agency, with the CIA, but, but somehow these other guys twisted things around a little bit so, um, anyways, so I think I know what, what happened and the things I can explain to my lawyer but I'm sure there is a lot of, I don't know but I'm guessing there's a lot of bad things out there maybe, I hope no one sent you a text, a mean text or anything like that. |
| M▓▓▓: | No. |
| NAN-HUA: | *Honey, can you give me a little bit more, er, a little bit more of hints/instructions. (It's) put in/to the telephone card, right?* |
| MALLORY: | *Right, a small little thing.* |
| MALLORY: | Jeremiah did you find that on the sheet? |
| NAN-HUA: | *No, not yet.* |
| MALLORY: | Nothing like that? You know what I'm talking about right? |

4

| | |
|---|---|
| NAN-HUA: | *He doesn't know.* |
| MALLORY: | Oh, you need to tell him in your ear, in his ear, so he knows what to look for. You understand? |
| NAN-HUA: | *Right, right. I need you to give me some instructions.* |
| MALLORY: | Oh, ok, ok, um…hey Jeremiah? |
| JEREMIAH: | Yeah? |
| MALLORY: | Ok, uh when we switched out phones, uh and we didn't like when your, Mom took your phone to um, uh, to get fixed by Joe… |
| JEREMIAH: | Uh huh. |
| MALLORY: | Right? You guys switched some stuff, right? |
| JEREMIAH: | Yes. |
| MALLORY: | Okay, it's going to be similar to that. |
| JEREMIAH: | Okay. |
| MALLORY: | You understand? |
| JEREMIAH: | Yeah, understand. |
| MALLORY: | Similar, not, not as big, a little smaller but similar. |
| NAN-HUA: | *Understood.* |
| MALLORY: | Same kind of thing, okay. So look on the sheet and see…M▮ still there? |
| M▮: | Yeah, I'm here. |
| MALLORY: | Okay, okay, okay, so, uh, I, it's difficult for me, this, you have to give me more feedback, sweetheart. I'm sitting in the, you know with my face against the wall here, it's very small, and, and I know it's tough for you, but believe it or not it's kind of tough for me here too. |
| M▮: | Yeah. |
| MALLORY: | Um, I lost the way, every day, all day. |
| M▮: | Yeah, well, um, like no one has, like there's nothing bad, I haven't seen anything bad, or like heard anything. |
| MALLORY: | The important thing is your friends. |
| M▮: | Yeah, my friends, they're all supportive, like nothing bad, so. |
| MALLORY: | Yeah, we don't want anyone to say anything bad to you, about, about uh, you, you know me. |
| JEREMIAH: | Uh, Toshiba. |
| MALLORY: | You know me and that is the important thing. Tell Jeremiah not to speak out loud. Okay? |
| JEREMIAH: | Oh, I uh, I'm trying to see what, okay. |
| MALLORY: | Um. |
| M▮: | Yeah. |
| MALLORY: | So, I, I, know it's hard for you understand this type of thing but things get complicated some time because people, um, egos get in the way or people don't have enough experience so they look farther and that's kind of what I'm dealing with right now so I have to <sigh>. I think I've figured this out and so I can explain to a lawyer but it's still going to take time because then you have to explain to the judge. |
| M▮: | Yeah. |

5

| | |
|---|---|
| MALLORY: | &lt;unintelligible&gt; …gotta agree with you or not, so, um. Your mom knows kinda, cause all my trips to China, she knows that at the very beginning I thought something was really strange and I went each time to the CIA and told them that something was weird, and then I told them several times and met with them and so forth and then, and then that's been twisted around and so but the reality… |
| M▮▮▮▮▮: | Mm, hmm. |
| MALLORY: | …if there's something going on… |
| JEREMIAH: | Hey dad. |
| MALLORY: | …tell them. Oh hey, tell Jeremiah to get closer but not just to talk. |
| *MALLORY:* | *Then you tell him/her not to talk to me.* |
| JEREMIAH: | Okay. |
| MALLORY: | Okay, go ahead I'm listening. Is it on the sheet or not? |
| JEREMIAH: | Yeah. |
| MALLORY: | It is? |
| JEREMIAH: | Mmm hmm. |
| MALLORY: | Is it, after that word that you said uh was there something after that? |
| JEREMIAH: | Um, yes. |
| MALLORY: | Uh, what's the, um, just a minute, what's the last, last letter of, how many words afterwards? |
| JEREMIAH: | Um, all caps. |
| MALLORY: | All, all caps? Just two, just two letters? |
| JEREMIAH: | E, starts with E, ends with A. |
| MALLORY: | I can't hear you. |
| JEREMIAH: | E. |
| MALLORY: | Uh huh. |
| JEREMIAH: | You need me to say it? |
| MALLORY: | No, no, it starts with an E? |
| JEREMIAH: | Yes. |
| MALLORY: | Ends with an A? |
| JEREMIAH: | Yes. |
| MALLORY: | Okay, that just means each. All that, that is just the word for each. That's what we abbreviate each with. But in front of that you had the, that name of the manufacturer, is that right? |
| JEREMIAH: | Correct. |
| MALLORY: | And that's all that had? Said? Just Toshiba EA? |
| JEREMIAH: | Um. |
| MALLORY: | What's after or before that without you saying it? |
| JEREMIAH: | Has numbers. |
| MALLORY: | I can't hear you, what? |
| JEREMIAH: | Has a number. |
| MALLORY: | A number? |
| JEREMIAH: | Mm, hmm. |
| MALLORY: | Like uh… |
| JEREMIAH: | The size of it. |
| MALLORY: | Oh the size. Okay, so is it what I think it is? Like we were talking? |

6

| | |
|---|---|
| JEREMIAH: | Yeah. |
| MALLORY: | Okay, alright, alright, that helps. |
| JEREMIAH: | It's categorized. |
| MALLORY: | Oh, categorized? . |
| JEREMIAH: | It's categorized, like there's a, there's a, it's categorized as a uh, as a specific, like they typed it in as a specific, under a specific category. |
| MALLORY: | Okay, uh what category is it under? |
| JEREMIAH: | It's under, uh, something, very important. |
| MALLORY: | Oh, okay, alright. Well that's good that's in line with what I thought it was. Alright that's one of the things that these guys gave me, which is what I thought it was, so that's good. I was just hoping I could give it to my lawyer without them getting it so they won't mess with it, alright. Okay, so uh are all three of you there? |