# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cr-254 (TSE) |
| | ) | |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | |
| *Defendant* | ) | |

## DEFENDANT'S NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this court on the 17th day of May, 2019.

Respectfully submitted on this 31st day of May, 2019.

KEVIN PATRICK MALLORY

By Counsel,

By: _____/s/_____
Geremy C. Kamens
Va. Bar. No. 41596
Todd Richman
Va. Bar No. 41834
Office of the Federal Public Defender
Attorneys for Mr. Mallory
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0848 (T)
(703) 600-0880 (F)
Geremy_Kamens@fd.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

John T. Gibbs, Esq.
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA  22314

Jennifer K. Gellie, Esq.
Trial Attorney
United States Department of Justice
600 E. St., NW
Washington, DC  20004

  Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

            /s/
            Geremy C. Kamens
            Va. Bar No. 41596
            Federal Public Defender
            Attorney for Mr. Mallory
            Office of the Federal Public Defender
            1650 King Street, Suite 500
            Alexandria, VA 22314
            (703) 600-0848 (T)
            (703) 600-0880 (F)
            Geremy_Kamens@fd.org