IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17cr154 |
| | ) | |
| KEVIN PATRICK MALLORY | ) | |

CONSENT MOTION TO UNSEAL ORDERS

On February 5, 2018, this Court issued an order on the government's motion for a

particularized CIPA Notice.  Dkt. 73.  That order was issued under seal.  Upon review of the text

of the order, the United States is aware of no reason why it needs to remain under seal.

Accordingly, the United States moves to unseal it.

Sealing should be narrowly tailored to balance the values furthered by sealing (including

the protection of ongoing criminal investigations) against the values furthered by unsealing

(including the enhancement of the public's ability to evaluate the performance of the

investigators).  *Baltimore Sun v. Goetz*, 886 F.2d 60, 65-66 (4th Cir. 1989).  There is no

compelling government interest in maintaining under seal the order issued by this Court on

February 5, 2018, and unsealing the order would not reveal information that must be protected

against disclosure.  As a result, the United States now moves for the unsealing of this Court's

Order, Docket item 73.

Counsel for the defendant have authorized us to represent that they do not oppose this

motion.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      _____/s_____

John T. Gibbs
Assistant United States Attorney
Virginia Bar No. 40380
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
john.gibbs@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on December 19, 2019, I electronically filed the foregoing

CONSENT MOTION TO UNSEAL ORDER with the Clerk of Court using the CM/ECF system,

which will send a notification of such filing (NEF) to counsel of record.

_____/s/_____
John T. Gibbs
Assistant U.S. Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA
Office Number: 703-299-3700
Facsimile Number:  703.299.3982
Email Address: john.gibbs@usdoj.gov